B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor—If Individual: Last, First, Middle)<br><br>Steven C. Fustolo | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>4889 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>100 Church Street<br>Winchester, MA 01890 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Middlesex                    ZIP CODE<br>                                01890 | ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>(Check one box.)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>        or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2              Name of Debtor  Steven C. Fustolo

                                                    Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ | x _/s/ Bruce F. Smith_  5/6/13 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| 50 Thomas Patton Drive, LLC | Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
|                            C/o Cliff Schorer | Jager Smith P.C. |
| Name & Mailing             10 Turnpike Road | Address |
| Address of Individual      Southborough, MA | One Financial Ctr, 4th Flr, Boston, MA |
| Signing in Representative  01772 | Telephone No.                                02111 |
| Capacity | (617) 951 - 0500 |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| The Patriot Group, LLC | Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
|                            C/o John Howe | Jager Smith P.C. |
| Name & Mailing             1120 Post Rd, 2nd Flr | Address |
| Address of Individual      Darien, CT 06820 | One Financial Ctr, 4th Flr, Boston, MA |
| Signing in Representative | Telephone No.                                02111 |
| Capacity | (617) 951 - 0500 |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Richard Mayer | Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | Jager Smith P.C. |
| Name & Mailing | Address |
| Address of Individual | One Financial Ctr, 4th Flr, Boston, MA |
| Signing in Representative | Telephone No. |
| Capacity | (617) 951 - 0500 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| 50 Thomas Patton Drive, LLC | Judgment (Exhibit A Annexed Hereto) | $6,759,948.50 plus accrued unpaid interest |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| The Patriot Group, LLC | Judgment (Exhibit B Annexed Hereto) | $20,423,216.44 plus accrued unpaid interest |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Richard Mayer | Judgment (Exhibit C Annexed Hereto) | $150,000.00 plus accrued unpaid interest |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__12__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Steven C. Fustolo__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>50 Thomas Patton Drive, LLC | x_____  Date<br>Signature of Attorney<br>Bruce F. Smith, Esq. (BBO No. 467900) |
|---|---|
| Name of Petitioner                Date Signed<br>C/o Cliff Schorer | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>10 Turnpike Road<br>Southborough, MA 01772 | Address<br>One Financial Ctr, 4th Flr, Boston, MA 02111<br>Telephone No.<br>(617) 951 - 0500 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>The Patriot Group, LLC, John C. Howe, CEO | x /s/ Bruce F. Smith  5/6/13<br>Signature of Attorney                Date<br>Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner                Date Signed<br>C/o John Howe | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>1120 Post Rd, 2nd Flr<br>Darien, CT 06820 | Address<br>One Financial Ctr, 4th Flr, Boston, MA 02111<br>Telephone No.<br>(617) 951 - 0500 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Richard Mayer | x_____  Date<br>Signature of Attorney<br>Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>One Financial Ctr, 4th Flr, Boston, MA<br>Telephone No.<br>(617) 951 - 0500 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner<br>50 Thomas Patton Drive, LLC | Nature of Claim<br>(Exhibit A<br>Judgment Annexed Hereto) | Amount of Claim<br>$6,759,948.50 plus accrued unpaid interest |
|---|---|---|
| Name and Address of Petitioner<br>The Patriot Group, LLC | Nature of Claim<br>(Exhibit B<br>Judgment Annexed Hereto) | Amount of Claim<br>$20,423,216.44 plus accrued unpaid interest |
| Name and Address of Petitioner<br>Richard Mayer | Nature of Claim<br>(Exhibit C<br>Judgment Annexed Hereto) | Amount of Claim<br>$150,000.00 plus accrued unpaid interest |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___11___ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2    Name of Debtor  Steven C. Fustolo

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>50 Thomas Patton Drive, LLC | Signature of Attorney                Date<br>Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>C/o Cliff Schorer<br>10 Turnpike Road<br>Southborough, MA<br>01772 | Address<br>One Financial Ctr, 4th Flr, Boston, MA<br>Telephone No.                 02111<br>(617) 951 - 0500 |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title)<br>The Patriot Group, LLC | Signature of Attorney                Date<br>Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>C/o John Howe<br>1120 Post Rd, 2nd Flr<br>Darien, CT 06820 | Address<br>One Financial Ctr, 4th Flr, Boston, MA<br>Telephone No.                 02111<br>(617) 951 - 0500 |
| x_/s/_____ | x_/s/ Bruce F. Smith  5/6/13 |
| Signature of Petitioner or Representative (State title)<br>Richard Mayer     5-1-13 | Signature of Attorney                Date<br>Bruce F. Smith, Esq. (BBO No. 467900) |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any)<br>Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>3520 Manor Road<br>Bethlehem, PA<br>18020 | Address<br>One Financial Ctr, 4th Flr, Boston, MA<br>Telephone No.<br>(617) 951 - 0500 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>50 Thomas Patton Drive, LLC | Nature of Claim<br>Judgment (Exhibit A Annexed Hereto) | Amount of Claim<br>$6,759,948.50 plus accrued unpaid interest |
| Name and Address of Petitioner<br>The Patriot Group, LLC | Nature of Claim<br>Judgment (Exhibit B Annexed Hereto) | Amount of Claim<br>$20,423,216.44 plus accrued unpaid interest |
| Name and Address of Petitioner<br>Richard Mayer | Nature of Claim<br>Judgment (Exhibit C Annexed Hereto) | Amount of Claim<br>$150,000.00 plus accrued unpaid interest |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_10_ continuation sheets attached

# Exhibit A

*Notify*

70

COMMONWEALTH OF MASSACUSETTS

SUFFOLK, ss

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

50 THOMAS PATTON DRIVE LLC )
)
Plaintiff )
)
)
v. )
) Civil Action No. 09-3567-BLS2
)
)
STEVEN C. FUSTOLO, )
50 TPD REALTY, LLC, )
HUNTINGTON PROPERTIES, INC., )
5 HIGH STREET, LLC and )
REVERE BEACH HOLDINGS, LLC )
)
Defendants )
)

## FINAL JUDGMENT

Pursuant to Mass. R. Civ. P. 58, it is Ordered and Adjusted as follows:

As to Count 2 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Defendant 50 TPD Realty, LLC in the amount of $810,587.11. Post-judgment interest shall accrue on this award as set forth by the terms of the Promissory Note.

As to Count 3 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Defendant 50 TPD Realty, LLC in the amount of $1,903,551.87. Post-judgment interest shall accrue on this award as set forth by the terms of the guaranteed promissory notes.

*Notice Sent*
*10-25-11*
*HMC*
*DHR*
*PB*
*BWE*
*REG*
*LRB*

JUDGMENT ENTERED ON DOCKET 10-25 2011
PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P. 58(a)
AND NOTICE SENT TO PARTIES PURSUANT TO THE PRO-
VISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS

As to Count 4 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Steven C. Fustolo in the amount of $6,759,948.50. Post-judgment interest shall accrue on this award as set forth by the terms of the guaranteed promissory notes.

As to Count 5 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against 5 High Street, LLC and Huntington Properties, Inc. in the amount of $2,714,138.90. Post-judgment interest shall accrue on this award as set forth by the terms of the guaranteed promissory notes.

As to Count 6 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Revere Beach Holdings in the amount of $2,726,910.17. Post-judgment interest shall accrue on this award as set forth by the terms of the guaranteed promissory notes.

As to Count 7 of the Plaintiff's Verified Complaint alleging breach of contract, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Revere Beach Holdings in the amount of $1,318,899.35. Post-judgment interest shall accrue on this award as set forth by the terms of the Promissory Note.

As to Count 8 of the Plaintiff's Verified Complaint alleging violations of M.G.L. c. 93A, Sections 2 and 11, Judgment shall enter in favor of 50 Thomas Patton Drive, LLC and against Steven C. Fustolo.

For Counts 3 through 8, the Court awards attorneys' fees in the amount of $ 106,430 plus costs in the amount of $ 4105.35. Each of the

Defendants shall be jointly and severally liable for this amount. Interest shall accrue on the attorneys' fees and costs award at the statutory rate of interest.

Judgment on Counts One and Nine of the Verified Complaint shall enter against the Plaintiff and in favor of the Defendants.

Counts Ten and Eleven of the Verified Complaint shall be dismissed as moot.

DATED: October 24, 2011

_____
Justice Christine M. Roach

I HEREBY ATTEST AND CERTIFY ON
1/30/13 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

# Exhibit B

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 2010-00529 F

THE PATRIOT GROUP, LLC,

    Plaintiff,

v.

STEVEN C. FUSTOLO,

    Defendant

v.

WINCHESTER SAVINGS BANK,

    Trustee Process Defendant

v.

JAMES J. FOX & COMPANY LLP; NATIONAL TAX INSTITUTE, INC.; CPE MEETINGS, INC.; TERRACE HALL PARTNERS, LLC; FIVE HIGH STREET, LLC; HUNTINGTON PROPERTIES, INC.; PROPERTY TRUST CORPORATION; HUNTINGTON PROPERTIES HOLDING COMPANY, L.L.C.; 23-25 HIGHLAND AVENUE, LLC; FUSTOLO DEVELOPMENT LLC; ATLAS GARDEN SUPPLY LLC,

    Reach and Apply Defendants

**FINAL JUDGMENT**

*as to, Steven C. Fustolo only.*

After notice, and hearing thereon, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1.    That judgment is hereby entered in favor of the Plaintiff, The Patriot Group, LLC ("Patriot"), and against the Defendant, Steven C. Fustolo ("Fustolo"), in the amount of $20,423,216.44, plus interest on the principal sum of $13,600,000 at the contract rate of nineteen percent (19%) from April 25, 2011, pursuant to Count I of the Verified Complaint;

2.    In the event Patriot collects any sums on its judgment against Affinity Investments, LLC ("Affinity"), said sums shall be credited to Fustolo as if paid by him, and if

this judgment against Fustolo is satisfied in full, Patriot shall assign its judgment against Affinity (and any execution issued thereon) to Fustolo;

3. That there is no just reason for delay in the entry of separate and final judgment against Fustolo as set forth herein; and

4. The Trustee Process Defendant, Winchester Savings Bank, is hereby discharged.

*Entered as a separate and final judgment and Order of this Court this 26 day of May, 2011.*

_____
( Mitchell H Kaplan, J.)

1304704.1

MIDDLESEX, SS. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Eleventh day of April, 2013.

_____
Deputy Assistant Clerk

# Exhibit C

/7

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX SUPERIOR COURT
WOBURN, MASSACHUSETTS

MIDDLESEX, ss.                                              Superior Court
                                                            Docket No.: MICV-2009-00674

Richard Mayer,        Plaintiff,        )
                                        )
                                        )
vs.                                     ) AGREEMENT FOR JUDGMENT
                                        )
Steven C. Fustolo                       )
25 Highland Avenue, LLC                 )
                      Defendants        )

The parties in the above-entitled Civil Action hereby stipulate and agree to the following:

1. The Defendants shall pay the Plaintiff $150,000 together with accrued interest (not compounded) at 18% from September 13, 2008 until the date of payment in full. Said payment in full shall be made on or before December 16, 2011. Interest shall only accrue up to the time of full payment.
2. The Defendants shall not take any actions to remove the second mortgages on the two multifamily houses in Revere, Massachusetts. The Plaintiff understands that the Defendants cannot control any actions taken by the first mortgage holders.
3. The parties understand that the Court entered a Nisi Dismissal on December 16, 2010. Said dismissal requires the parties to file either an agreement for judgment or a stipulation on or before March 16, 2011.
4. That party shall cooperate in requesting extensions of said order for an additional nine months beyond March 16, 2011 so that the Defendants have one year from the initial entry of this order to make payment in accordance with the terms of the within Agreement for Judgment.
5. The within Agreement for Judgment shall not be filed with the Court unless the Defendants fail to make full payment set forth in Paragraph 1 above on or before December 16, 2011. If the Defendants have failed to make full payment as of December 16 2011, then the Plaintiff shall have the right to file the within Agreement for Judgment with the court.
If the Defendants make full payment in accordance with the terms herein, then the parties shall file a Stipulation of Dismissal with Prejudice (and without costs, each party bearing its own attorneys fees) with the court. Further, upon such payment, Plaintiff does hereby remise, release, and forever discharge the Defendants of and from any and all debts, actions, causes of action, suits, accounts, covenants, contracts, omissions, liens, controversies, agreements, damages, and any and all claims, sums of money, demands and liabilities whatsoever of every name and nature, both in law and equity, known or unknown, which the Plaintiff now have or ever had, or will have in the future, against the Defendants. Further, upon such payment, Defendant s do hereby remise, release, and forever discharge the Plaintiff of and from any and all debts, actions, causes of action,

suits, accounts, covenants, contracts, omissions, liens, controversies, agreements, damages, and any and all claims, sums of money, demands and liabilities whatsoever of every name and nature, both in law and equity, known or unknown, which the Defendants now have or ever had, or will have in the future, against the Plaintiff.

6. If the Defendants fail to comply with the terms of the within Agreement and as a result the Plaintiff files the Agreement for Judgment, the Defendants waive any and all rights to appeal said Judgment, all defenses and counterclaims, whether currently alleged in said litigation or not, for a stay of execution and to amend said Agreement to Judgment.

_____  2/8/11
Richard Mayer, Plaintiff

_____  2/7/11
Steven C. Fustolo, Defendant
Individually

_____  2/7/11
Steven C. Fustolo, President
Property Trust Corporation
As Manager
of 23-25 Highland Avenue, LLC

---

**MIDDLESEX, SS.** *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Fifth day of February, 2013.

_____
Assistant Clerk