B 6D (Official Form 6D) (12/07)

**In re** Steven C. Fustolo , **Case No.** 13-12692
             **Debtor**             **(If known)**

## AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>50 Thomas Patton Drive LLC<br>10 Turnpike Road<br>Southboro, MA 01772 | | | Judgment consisting of four claims.<br><br>VALUE $ More than $4.2 million | X | X | X | $6,759,000.00 | $2,559,000.00 |
| ACCOUNT NO.<br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | | Notes Secured by real estate at 115 Salem Street, units 11 and 15<br><br>VALUE $ $450,000.00 | | | | $660,000.00 | $210,000.00 |
| ACCOUNT NO.<br>CWF Trust<br>87 Terrance Hall Ave<br>Burlington, MA 01803 | | | 2nd Mtg on Residence<br><br>VALUE $ More than $1.3 million | | | | $500,000.00 | $0.00 |
| ACCOUNT NO.<br>Frank Mongiello and MJM Trust<br>c/o Albert Mongiello<br>201 Cliff Aveenue<br>Winthrop, MA 02152 | | | Note Secured by 3rd Mortgage on 5 High Street and Personally Guaranteed<br><br>VALUE $ More than $5.4 million | | | | $225,000.00 | $0.00 |

__2__ continuation sheets attached

Subtotal ► (Total of this page)     $ **8,144,000.00**     $ **2,769,000.00**

Total ► (Use only on last page)     $     $
    (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo** , Case No. **13-12692**
               **Debtor**                                                            **(if known)**

# AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HSBC Bank <br> Suite 3201 <br> Buffalo, NY 14270-3201 | | | Listed for Informational purposes only <br><br> VALUE $    $0.00 | | | | $0.00 | $0.00 |
| **Notes: PHH Debt** | | | | | | | | |
| ACCOUNT NO. <br> PHH Mortgage Corporation <br> Mortgage Servicing Center <br> PO Box 5452 <br> MT Laurel, NJ 08054-5452 | | | Notes Secured by Real Estate 115 Salem Street, Units 13 and 14 <br><br> VALUE $    $530,000.00 | | | | $660,000.00 | $130,000.00 |
| ACCOUNT NO. <br> Richard Mayer <br> Bethlehem, PA | | | Judgment secured by lien on residence <br><br> VALUE $ More than $1.3 million | | | | $291,000.00 | $0.00 |
| ACCOUNT NO. <br> Steven E. Robinson <br> 87 Terrace Hall Ave <br> Burlington, MA 01803 | | | Guarantee - Secured by 1st & 2nd Mtgs on Real Estate and Pledge of Equity <br><br> VALUE $    $450,000.00 | | | | $700,000 plus | $250,000.00 |
| ACCOUNT NO. <br> Stoneham Savings Bank <br> 359 Main Street <br> Stoneham, MA 02180 | | | Guarantee of note secured by ist mtg real estate at 50 Thomas Patton Drive, Randolph, MA, currently owned by 50 Thomas Patton Drive LLC <br><br> VALUE $ More than $4.5 million | | | | $3,000,000.00 | $0.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)     $ **4,651,000.00**    $ **380,000.00**

Total(s) ► (Use only on last page)     $      $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo** ,                    Case No. **13-12692**
           **Debtor**                                         (if known)

# AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | | | Second Mortgage secured by Condo in Hyannis MA<br><br>VALUE $ $300,000.00 | | | | $150,000.00 | $0.00 |
| ACCOUNT NO.<br>US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | | | Mortgages<br><br>Secured By residence<br><br>VALUE $ More than $1.3 million | | | | $180,000.00 | $0.00 |
| ACCOUNT NO.<br>Winchester Savings Bank<br>661 Main Street<br>Winchester, MA 01890 | | | Guarantee of notes secured by real estate, underlying notes are current.<br><br>VALUE $ More than $5.4 million | | | | $2,348,000.00 | $0.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)   $ **2,678,000.00**   $ **0.00**

Total(s) ► (Use only on last page)   $ **15,473,000.00**   $ **3,149,000.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case 13-12692    Doc 33-1    Filed 08/15/13    Entered 08/15/13 15:05:01    Desc  Amended
Schedules D and F and Efile Declaration    Page 4 of 12

B 6F (Official Form 6F) (12/07)

**In re** Steven C. Fustolo                                         ,      **Case No.** 13-12692
                          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>527 Revere Beach Blvd Trust<br>484 Revere Beach Blvd<br>Revere, MA | | | 2nd Mortgage on various real estate | | | | $480,000 plus interest |
| ACCOUNT NO.<br><br>Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | | Credit Card | | | | $89,253.00 |
| ACCOUNT NO.<br><br>Bank of New England<br>31 Pelham Road<br>Salem, NH 03079 | | | Loan | | | | $140,000 plus interest |
| ACCOUNT NO.<br><br>Boulder Capital<br>Boulder Holdings II, LLC<br>21 Center Street<br>Weston, MA 02493 | | | Loan Guarantee | | | | $1,800,000.00 plus interest |
| | | | | | | Subtotal ➤ | $ 2,509,253.00 |
| __5__ continuation sheets attached | | | | | | Total ➤ | $ |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

Case 13-12692  Doc 33-1  Filed 08/15/13  Entered 08/15/13 15:05:01  Desc Amended
Schedules D and F and Efile Declaration  Page 5 of 12

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo**,   Case No. **13-12692**
      **Debtor**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | | Credit Card | | | | $9,676.00 |
| ACCOUNT NO.<br><br>Chase Bank Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | Credit Card | | | | $44,639.00 |
| ACCOUNT NO.<br><br>Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | Credit Card | | | | $67,278.00 |
| ACCOUNT NO.<br><br>Costanzo D. Fustolo<br>c/o 87 Terrace Hall Ave<br>Burlington, MA  01803 | | | Loans | | | | $900,000.00 |

Sheet no. **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **1,021,593.00**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case 13-12692 Doc 33-1 Filed 08/15/13 Entered 08/15/13 15:05:01 Desc Amended
Schedules D and F and Efile Declaration Page 6 of 12

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo** , Case No. **13-12692**
        **Debtor**         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Domenic Sicari Associates<br>623 Main Street<br>Woburn, MA 01801 | | | Architectual services | | | | $18,500.00 |
| ACCOUNT NO.<br>Estate of Isaacc Martinez<br>c/o John P. Matheson, Esq.,<br>Matheson/Wolf, LLP<br>8 Faneuil Hall, Third Floor<br>Boston, MA 02109 | | | Massachusetts Superior Court claim for alleged negligence and wrongful death arising out of alleged contamination of building | X | X | X | Unknown |
| ACCOUNT NO.<br>Fannie Mae<br>3900 Wisconsin Ave. NW<br>Washington, DC 20016-2892 | | | Potential claim for shortfall on foreclosures of real estate<br>GMAC and BoA foreclosures | | X | X | Unknown |
| ACCOUNT NO.<br>Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102-3110 | | | Potential claim for shortfall on foreclosures of real estate<br>GMAC and BoA foreclosures | | X | X | Unknown |

Sheet no. **2** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **18,500.00**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case 13-12692    Doc 33-1    Filed 08/15/13    Entered 08/15/13 15:05:01    Desc Amended
Schedules D and F and Efile Declaration    Page 7 of 12

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo**                     ,          Case No. **13-12692**
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GMAC<br>2711 North Haskell Ave<br>Suite 900<br>Dallas, TX 75204 | | | Deficiency on foreclosures of real estate guaranteed. | | X | X | Unknown |
| ACCOUNT NO.<br>J.S. Maron Management<br>5 Cutter Avenue<br>Somerville, MA 02144 | | | Management Fees on Real Estate | | | | $10,000.00 |
| ACCOUNT NO.<br>JP Morgan Chase Bank<br>Commercial Term Lending<br>3929 W. John Carpenter FWY<br>Irving, TX   75063 | | | Guarantees on loan shortfall pertaining to six (6) previous real estate foreclosures | | | | $321,363.00 |
| ACCOUNT NO.<br>Lahey Clinic<br>PO Box 981001<br>Boston, MA 02298-1001 | | | Medical bill | | | | $1,285.00 |

Sheet no. **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **332,648.00**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case 13-12692 Doc 33-1 Filed 08/15/13 Entered 08/15/13 15:05:01 Desc Amended
Schedules D and F and Efile Declaration Page 8 of 12

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo** , Case No. **13-12692**
       **Debtor**        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mass General Physicians Organization<br>PO Box 3864<br>Boston, MA 02241-3864 | | | Medical Bill | | | | $1,059.00 |
| ACCOUNT NO.<br><br>National Grid<br>PO Box 11735<br>Newark, NJ 07101 | | X | Utilities | | | | $854.00 |
| ACCOUNT NO.<br><br>NStar<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | Utilities | | | | $109.00 |
| ACCOUNT NO.<br><br>Patriot Group<br>1120 Post Road<br>Darien, CT 06820 | | | Unsecured Judgment | | | | $20,423,000.00 |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **20,425,022.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

Case 13-12692   Doc 33-1   Filed 08/15/13   Entered 08/15/13 15:05:01   Desc Amended Schedules D and F and Efile Declaration   Page 9 of 12

In re **Steven C. Fustolo** ,    Case No. **13-12692**
      **Debtor**      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Simmons First National Bank<br>PO Box 6609<br>Pine Bluff, AR 71611-6609 | | | Credit Card | | | | $6,000.00 |
| ACCOUNT NO.<br>Verizon<br>PO Box 1259<br>Oaks, PA 19456 | | | Phone bill | | | | $167.00 |
| ACCOUNT NO.<br>Verizon Wireless<br>45 Boylston Street<br>Boston, MA 02113 | | | Cell phone bill | | | | $694.00 |
| ACCOUNT NO.<br>Winchester Hospital<br>41 Highland Street<br>Winchester, MA 01890 | | | Medical bills | | | | $200.00 |

Sheet no. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  **7,061.00**

Total➤  $  **24,314,077.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
**MASSACHUSETTS**

In re **Steven C. Fustolo**

_____,
Debtor

Case No. **13-12692**

Chapter **7**

## AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | $ 0.00 | | |
| B - Personal Property | NO | | $ 0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 15,473,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 24,314,077.00 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ 0.00 |
| TOTAL | | 9 | $ 0.00 | $ 39,787,077.00 | |

In re  Steven C. Fustolo ,  Case No. 13-12692
              Debtor                                                                                      (if known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __10__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __8/15/13__              Signature: _/s/ Steven C. Fustolo_
                                              Steven C. Fustolo  Debtor

Date _____              Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____                                     _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

OFFICIAL LOCAL FORM 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                                          Case No. 13-12692
    Steven C. Fustolo
                                                                                             Chapter 7

Debtor

### AMENDED -DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] _____ Steven C. Fustolo _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my _____ Amended Schedules (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 8/15/13

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____
(Attorney for Affiant - /s/used by Registered ECF Users Only)