B 6D (Official Form 6D) (12/07)

**In re** Steven C. Fustolo,     **Case No.** 13-12692-JNF
            **Debtor**                            **(If known)**

## AMENDED-SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**50 Thomas Patton Drive LLC**<br>**10 Turnpike Road**<br>**Southboro, MA 01772** | X | | **Mortgages**<br>**50 Thomas Patton Drive, Randolph, MA and 5 High Street, Medford, MA**<br>VALUE $ **$9,200,000.00** | X | X | X | **$6,759,000.00** | **$3,345,000.00** |
| ACCOUNT NO.<br>**527 Revere Beach Blvd Trust**<br>**484 Revere Beach Blvd**<br>**Revere, MA** | | | **Second Mortgage**<br>**Condos located at 115 Salem Street, Boston, MA**<br>VALUE $ **$1,585,000.00** | | | X | **$480,000.00** | **$480,000.00** |
| ACCOUNT NO.<br>**Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | | **Mortgages real estate at 115 Salem Street, units 11 and 15**<br>VALUE $ **$420,000.00** | | | X | **$506,000.00** | **$86,000.00** |
| ACCOUNT NO.<br>**Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | | **Note**<br>**Short Sale 6/10/13**<br>**Unit 12, 115 Salem Street, Boston, MA**<br>VALUE $ **$210,000.00** | | | X | **$250,000.00** | **$40,000.00** |

_**3**_ continuation sheets attached

Subtotal ► (Total of this page)    $ **7,995,000.00**    $ **3,951,000.00**

Total ► (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo**,      Case No. **13-12692-JNF**
        Debtor                                         (if known)

## AMENDED-SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CWF Trust<br>87 Terrance Hall Ave<br>Burlington, MA 01803 | | | Second Mortgage<br>Residence<br><br>VALUE $    $753,800.00 | | | X | $500,000.00 | $65,800.00 |
| ACCOUNT NO.<br>Eckert Seaman LLC<br>600 Grant Street, 44th Floor<br>Pittsburg, PA 15219 | X | | 10/2010<br>Assignment<br>of note previously owned by Ocean GP, LLC<br>VALUE $    $225,000.00 | | | | $456,500.00 | $231,500.00 |
| ACCOUNT NO.<br>Frank Mongiello and MJM Trust<br>c/o Albert Mongiello<br>201 Cliff Avenue<br>Winthrop, MA 02152 | X | | Third Mortgage on 5 High Street<br><br>VALUE $    $2,900,000.00 | | | X | $225,000.00 | $0.00 |
| ACCOUNT NO.<br>HSBC Bank<br>Suite 3201<br>Buffalo, NY 14270-3201 | | | Listed for Informational purposes only<br><br>VALUE $    $0.00 | | | | $0.00 | $0.00 |
| **Notes: PHH Debt** | | | | | | | | |
| ACCOUNT NO.<br>PHH Mortgage Corporation<br>Mortgage Servicing Center<br>PO Box 5452<br>MT Laurel, NJ 08054-5452 | | | Mortgages for real estate 115 Salem Street, Units 13 and 14<br><br>VALUE $    $600,000.00 | | | X | $660,000.00 | $60,000.00 |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)     $ **1,841,500.00**     $ **357,300.00**

Total(s) ► (Use only on last page)     $     $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo**,                         Case No. **13-12692-JNF**
                **Debtor**                                                          (if known)

# AMENDED-SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richard Mayer<br>3520 Manor Road<br>Bethlehem, PA 18020 | X | | Judgment Lien<br>Residence<br><br>VALUE $ $753,800.00 | | | | $291,000.00 | $225,200.00 |
| ACCOUNT NO.<br>Steven E. Robinson<br>87 Terrace Hall Ave<br>Burlington, MA 01803 | X | | 1st & 2nd Mtgs on Real Estate and Pledge of Equity in membership interest in Terrace Hall Partner's LLC<br>VALUE $ $450,000.00 | | X | | $657,000.00 | $207,000.00 |
| ACCOUNT NO.<br>Stoneham Savings Bank<br>359 Main Street<br>Stoneham, MA 02180 | X | | First mortgage real estate at 50 Thomas Patton Drive, Randolph, MA, currently owned by 50 Thomas Patton Drive LLC<br>VALUE $ $6,300,000.00 | | | | $3,000,000.00 | $0.00 |
| ACCOUNT NO.<br>US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | | | First Mortgage<br>Residence<br><br>VALUE $ $753,800.00 | | | | $188,000.00 | $0.00 |
| ACCOUNT NO.<br>US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | | | First Mortgage secured by Condo in Hyannis MA<br><br>VALUE $ $300,000.00 | | | | $106,000.00 | $0.00 |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)    $ **4,242,000.00**    $ **432,200.00**

Total(s) ▶
(Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo**_____,    Case No. **13-12692-JNF**_____
         **Debtor**                                              (if known)

## AMENDED-SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Winchester Savings Bank 661 Main Street Winchester, MA 01890 | X | | Mortgages 5 High St., Medford and 115 Salem St., Boston, MA VALUE $ $3,255,000.00 | | | | $2,646,000.00 | $0.00 |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)    $ **2,646,000.00**    $ **0.00**

Total(s) ► (Use only on last page)    $ **16,724,500.00**    $ **4,740,500.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**In re** Steven C. Fustolo                                    ,   **Case No.** 13-12692-JNF
                               **Debtor**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | | Credit Card | | | | $89,253.00 |
| ACCOUNT NO.<br>Bank of New England<br>31 Pelham Road<br>Salem, NH 03079 | | | Loan | | X | | $140,000.00 |
| ACCOUNT NO.<br>Boulder Capital<br>Boulder Holdings II, LLC<br>21 Center Street<br>Weston, MA 02493 | X | | Loan Guarantee | | | | $1,800,000.00 |
| ACCOUNT NO.<br>Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | | Credit Card | | | | $9,676.00 |

                                                                                                        Subtotal➤  $ **2,038,929.00**

__4__ continuation sheets attached                                                                      Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo**                   ,        Case No. **13-12692-JNF**
           **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chase Bank Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | Credit Card | | | | $44,639.00 |
| ACCOUNT NO.<br>Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | Credit Card | | | | $67,278.00 |
| ACCOUNT NO.<br>Costanzo D. Fustolo<br>87 Terrace Hall Ave<br>Burlington, MA  01803 | | | Loans | | X | | $900,000.00 |
| ACCOUNT NO.<br>Domenic Sicari Associates<br>623 Main Street<br>Woburn, MA 01801 | | | Architectual services | | | X | $18,500.00 |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **1,030,417.00**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo**                     ,        Case No. **13-12692-JNF**
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Estate of Isaacc Martinez<br>c/o John P. Matheson, Esq.<br>Matheson/Wolf, LLP<br>8 Faneuil Hall, Third Floor<br><br>Boston, MA 02109** | X | | **Massachusetts Superior Court claim for alleged negligence and wrongful death arising out of alleged contamination of building** | X | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**Fannie Mae<br>3900 Wisconsin Ave. NW<br>Washington, DC 20016-2892** | | | **Potential claim for shortfall on foreclosures of real estate<br>GMAC and BoA foreclosures** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102-3110** | | | **Potential claim for shortfall on foreclosures of real estate<br>GMAC and BoA foreclosures** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**GMAC<br>2711 North Haskell Ave<br>Suite 900<br>Dallas, TX 75204** | | | **Deficiency on foreclosures of real estate guaranteed.** | | X | X | **Unknown** |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  **0.00**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo** ,  Case No. **13-12692-JNF**
          **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J.S. Maron Management<br>5 Cutter Avenue<br>Somerville, MA 02144 | | | Management Fees on Real Estate | | | X | $10,000.00 |
| ACCOUNT NO.<br><br>JP Morgan Chase Bank<br>Commercial Term Lending<br>3929 W. John Carpenter FWY<br>Irving, TX  75063 | X | | Guarantees on loan shortfall pertaining to six (6) foreclosures | | | | $321,363.00 |
| ACCOUNT NO.<br><br>Lahey Clinic<br>PO Box 981001<br>Boston, MA 02298-1001 | | | Medical bill | | | | $1,285.00 |
| ACCOUNT NO.<br><br>Lawson Weitzen LLP<br>88 Black Falcon Avenue, #345<br>Boston, MA 02210 | X | | Legal Services | | | X | Unknown |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **332,648.00**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven C. Fustolo** ,                                    Case No. **13-12692-JNF**
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Mass General Physicians Organization**<br>**PO Box 3864**<br>**Boston, MA 02241-3864** | | | **Medical Bill** | | | | **$1,059.00** |
| ACCOUNT NO.<br><br>**Patriot Group**<br>**1120 Post Road**<br>**Darien, CT 06820** | **X** | | **Judgment subject to reduction as result of liquidation of collateral** | | | | **$25,573,000.00** |
| **Additional Contacts for Patriot Group:**<br><br>**Rita Kraner, Esq.**<br>**Riemer & Braunstein, LLP**<br>**Three Center Plaza**<br>**Boston, MA 02108** | | | | | | | |
| ACCOUNT NO.<br><br>**Simmons First National Bank**<br>**PO Box 6609**<br>**Pine Bluff, AR 71611-6609** | | | **Credit Card** | | | | **$6,000.00** |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **25,580,059.00**

Total ➤ $ **28,982,053.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### MASSACHUSETTS

In re **Steven C. Fustolo**,
*Debtor*

Case No. **13-12692-JNF**

Chapter **7**

## AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $ 2,058,800.00 | | |
| B - Personal Property | YES | 6 | $ 6,584.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 16,724,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 28,982,053.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 16 | | | $ 17,332.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 4 | | | $ 20,322.00 |
| TOTAL | | 44 | $ 2,065,384.00 | $ 45,706,553.00 | |

In re  **Steven  C.  Fustolo**                                        ,    Case No. **13-12692-JNF**
        **Debtor**                                                                                          **(if known)**

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**10**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __1/31/14_____        Signature: __/s/ Steven C. Fustolo_____
                                                                                                                 **Steven C. Fustolo** Debtor

Date _____        Signature: _____
                                                                               (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                     Social Security No.
of Bankruptcy Petition Preparer                                                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                      Signature: _____

                                                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.