UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Steven C. Fustolo<br>Debtor | Chapter 7<br>No. 13-12692-JNF |

### DEBTOR'S MOTION TO COMPEL ABANDONMENT OF RESIDENTIAL CONDOMINIUMS, TO PAY ACCRUED BUT UNPAID COSTS INCURRED BY TRUSTEE TO DATE OF ABANDONMENT, AND TO REPAIR HEALTH AND SAFETY CODE VIOLATIONS IN THE CONDOMINIUMS

Now comes Steven C. Fustolo, Debtor in these proceedings and respectfully represents that:

1. The Debtor was adjudicated a bankrupt by this court by order dated December 16, 2013. The order is presently on appeal before the United States District Court.

2. Harold B. Murphy is the duly appointed and serving Chapter 7 Trustee (the "Trustee").

3. Among the assets owned by the Debtor on the date the Trustee was appointed were four residential condominiums located at Units 11, 13, 14 and 15, 115 Salem Street, Boston, MA (the "Condos"). Each of the Condos is encumbered by a first, institutional mortgage having a balance due that exceeds the fair market value of the individual Condo, as well as a "blanket" second mortgage covering the Condos and having a balance due of some $480,000. Upon information and belief the Trustee has not made any mortgage payments.

4. Each of the Condos was rented at the time the Trustee was appointed and was generating total monthly income of $6,650. At the Trustee's request, the Debtor has provided the Trustee, as the owner of the Condos, rental income from the Condos, totaling $15,750 to date. The Trustee has retained all of the rental income, but has refused to pay any expenses related to the Condos. On

a number of occasions, the Debtor has requested that the Trustee pay the costs of administration, repairs and maintenance of the Condos. To date, the Trustee has refused to do so.

5. As a result of the Trustee's failure to perform any repairs and maintenance on the Condos, one of the tenants has vacated a rented unit, a second tenant is withholding rent, and a third tenant has threatened to withhold rent.

6. A management company previously used by the Debtor has provided the Debtor with a list of repairs and remedial measures totaling $12,220, including repair of water damage, replacement or repair of kitchen appliances, pest extermination, and possible mold elimination. The work to be performed is necessary for the safety and well-being of not just the tenants, but in some instances for the entirety of the condominium complex. A true copy of a proposal from J.S. Maron Management is attached hereto at Exhibit A.

7. The Trustee has failed and/or refused to pay monthly condominium fees of $621 for the Condos, resulting in total unpaid condominium fees through the month of April of $2,484. A true copy of the bills from J.S. Maron Management for condominium fees assessed to each of the individual Condos for the month of January, 2014 is attached hereto at B.

8. The Trustee has also refused to provide an emergency number that can be called by any tenant having issues with the unit rented by him.

9. The Trustee has permitted waste of the Condos while at the same time collecting the rental income for the benefit of the bankruptcy estate. His refusal to pay the condominium fees jeopardizes the ability of the condominium association, which must provide for sixteen residential and two commercial units (both of which provide to the public fresh food prepared and/or displayed on site), to properly maintain the building and provide the services required to manage the entire condominium association. The costs of the condominium fees, mortgages,

repairs, maintenance and other costs of the Condos are post-petition administrative expenses that should be borne by the party receiving the benefit, that being the bankruptcy estate.

10. Should Inspectional Services Department of the City of Boston become involved because one or more of the tenants files a complaint, Debtor would anticipate that the City would issue health and safety violations to him, not the Trustee. Such health and safety violations would require immediate action on not only the matters raised by the tenant(s), but any additional issues as well, including but by no means limited to those contained in the proposal from J.S. Maron Management. Any violations carry the potential of criminal complaints being issued by the Boston Housing Court. Of particular concern is the potential for the spread of roaches and rodents throughout the condominium association and neighboring buildings arising from the fact that none of the Condos has been treated for any pest control since the Trustee was appointed.

11. The Condos are not necessary for a reorganization of the Debtor, as this matter is a Chapter 7 proceeding, not a Chapter 11 proceeding.

12. The Condos are burdensome to the bankruptcy estate as evidenced by the facts that (a) there is no equity in any of the Condos, (b) the Trustee has failed and/or refused to pay any condominium fees, generating administrative expenses of $2,484 through April 30 plus legal fees should the condominium association seek collection prior to payment of the condominium fees, (c) at least three of the Condos currently have water and potential mold damage, which issues will be exacerbated as the weather warms, (d) the Trustee has failed and/or refused to manage the Condos and to pay the necessary costs of maintenance and pest control, resulting in one tenant vacating a Condo, a second tenant withholding rent, a third tenant threatening to withhold rent, and the rent received to date is barely that necessary to address unpaid condo fees

and repairs in the Condos, and (e) the Trustee's own refusal to pay the existing mortgage debt indicates he believes there is no equity for the benefit of the bankruptcy estate.

WHEREFORE Steven C. Fustolo prays that:

1. This court enter an order directing the Trustee to abandon the four residential Condominiums located at Units 11, 13, 14 and 15, 115 Salem Street, Boston, MA, said abandonment to be deemed effective immediately without further order or notice necessary;

2. This court enter an order directing the Trustee to use the rental income received by the Trustee to date, to pay immediately the condominium fees from January 1, 2014 through April 2014 in the amount of $2,484.

3. This court enter an order directing the Trustee to use the rental income received by the Trustee to date, to pay for costs of emergency repairs, pest eradication, remediation of leaks and possible mold totaling $12,220, as outlined in the proposal submitted by the J.S. Maron Management.

4. To the extent that this court does not immediately order the abandonment of the residential condominiums it enter an order directing the Trustee to pay all expenses related to the ongoing operations of the residential condominiums, including but not limited to the costs of pest extermination, repairs and maintenance, costs related to remediation of health and safety issues, condominium fees, and other normal operating expenses until Trustee abandons or sells the condominiums.

5. This court enter an order requiring that the Trustee (a) provide the Debtor the immediate authority and funds with which to complete emergency repairs on behalf of the Trustee, or, (b) immediately provide written notice to each tenant containing an emergency number to call for repairs to their rented unit.

Steven C. Fustolo
by his attorney,


/s/  David M. Nickless
David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(978) 342-4590
BBO No. 371920
dnickless.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, David M. Nickless, Esq. do hereby certify that I will serve a copy of the within pleading by mailing same to any of the parties on the attached service list not noted as having received electronic service.


Dated:  April 22, 2014                                  /S/   David M. Nickless
                                                        David M. Nickless

## SERVICE LIST

| | |
|---|---|
| United States Trustee<br>5 Post Office Square<br>Boston, MA 02109<br>*VIA ECF* | Harold B. Murphy, Trustee<br>Murphy & King, P.C.<br>One Beacon Street<br>Boston, MA 02108-3107<br>*Via ECF* |
| Michael Fencer, Esq.<br>Jager, Smith, PC<br>One Financial Center, 4th Fl<br>Boston, MA 02111<br>*Counsel to the Petitioning Creditors-VIA ECF* | Laura D. Sannicandro, Esq.<br>Orlans Moran<br>PO Box 540540<br>Waltham, MA 02454<br>*Counsel to HSBC-VIA ECF* |
| Jordan L. Shapiro, Esq.<br>Shapiro & Hender<br>PO Box 392<br>Malden, MA 02148<br>*Counsel to Winchester SB-VIA ECF* | Lawson Weitzen, LLP<br>88 Black Falcon Avenue, #345<br>Boston, MA 02210 |
| 50 Thomas Patton Drive LLC<br>10 Turnpike Road<br>Southboro, MA 01772 | 527 Revere Beach Blvd Trust<br>484 Revere Beach Blvd<br>Revere, MA 02151 |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bank of New England<br>31 Pelham Road<br>Salem, NH 03079 |
| Boulder Capital<br>Boulder Holdings II, LLC<br>21 Center Street<br>Weston, MA 02493 | Verizon Wireless<br>45 Boylston Street<br>Boston, MA 02113 |
| Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 | Chase Bank Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Costanzo D. Fustolo<br>87 Terrace Hall Ave<br>Burlington, MA 01803 |
| CWF Trust<br>87 Terrance Hall Ave<br>Burlington, MA 01803 | Domenic Sicari Associates<br>623 Main Street<br>Woburn, MA 01801 |

Eckert Seaman LLC
600 Grant Street, 44th Floor
Pittsburg, PA 15219

Estate of Isaacc Martinez
c/o John P. Matheson, Esq.
Matheson/Wolf, LLP
8 Faneuil Hall, Third Floor
Boston, MA 02109

Fannie Mae
3900 Wisconsin Ave. NW
Washington, DC 20016-2892

Frank Mongiello and MJM Trust
c/o Albert Mongiello
201 Cliff Aveenue
Winthrop, MA 02152

Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102-3110

GMAC
2711 North Haskell Ave
Suite 900
Dallas, TX 75204

HSBC Bank
Suite 3201
Buffalo, NY 14270-3201

Internal Revenue Service
Special Procedures Staff,
PO Box 9112
Boston, MA 02203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.S. Maron Management
5 Cutter Avenue
Somerville, MA 02144

JP Morgan Chase Bank
Commercial Term Lending
3929 W. John Carpenter FWY
Irving, TX   75063

Lahey Clinic
PO Box 981001
Boston, MA 02298-1001

MA Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Mass General Physicians Organization
PO Box 3864
Boston, MA 02241-3864

Patriot Group
1120 Post Road
Darien, CT 06820

PHH Mortgage Corporation
Mortgage Servicing Center
PO Box 5452
MT Laurel, NJ 08054-5452

Richard Mayer
3520 Manor Road
Bethlehem, PA 18020

NStar
PO Box 660369
Dallas, TX 75266-0369

| | |
|---|---|
| Steven E. Robinson<br>87 Terrace Hall Ave<br>Burlington, MA 01803 | Simmons First National Bank<br>PO Box 6609<br>Pine Bluff, AR 71611-6609 |
| Stoneham Savings Bank<br>359 Main Street<br>Stoneham, MA 02180 | Winchester Savings Bank<br>661 Main Street<br>Winchester, MA 01890 |
| US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | Lahey Clinic<br>PO Box 981001<br>Boston, MA 02298-1001 |
| Domenic Sicari Associates<br>623 Main Street<br>Woburn, MA 01801 | National Grid<br>PO Box 11735<br>Newark, NJ 07101 |
| Verizon<br>PO Box 1259<br>Oaks, PA 19456 | |

# EXHIBIT A

APR-14-2014 05:56 PM    J.S. MARON MANAGEMENT              617 628 3737              P.01

# J.S. MARON MANAGEMENT

*Professional Property Management*
*Licensed General Contracting*

April 14, 2014

Steven Fustolo
87 Terrace Hall Ave.
Burlington Massachusetts 01803

Re:   Emergency Repairs
      115 Salem Street Units 11-13-14-15
      Boston Massachusetts

Unit 11    Strip two walls in bedroom due to water damage and possible mold
           Contamination. Strap, sheetrock, prep, and paint. Replace stained
           Ceiling panels where necessary. Replace damaged medicine cab.
           Repair wall damage in living room. Replace stained and ripped rug
           In bedroom and living room. Replace apartment front door, lock and
           Passage set for security.

                                $2320.00

Unit 13    Front and rear bedrooms strip walls to brick, strap, sheetrock, prep
           And paint due to water damage and possible mold contamination
           Replace non functioning vinyl window in living room. Replace
           Stained and ripped carpet in 2 bedrooms, living room and hallway.
           Replace missing smoke detectors. Replace shower enclosure and
           Damaged tub in bathroom. Replace damaged apartment door, lock
           And passage set for security.

                                $3475.00

Unit 14    Repair exterior wall in left bedroom by stripping to brick, strap,
           Sheetrock, prep, and paint. Replace missing smoke detectors.
           Replace 20 " electric apartment stove. Replace damaged
           Apartment door, lock and passage set for security

                                $1775.00

Unit 15    Front and rear bedrooms have water and possible mold
           Contamination on exterior walls. Must be stripped to brick strapped,
           Sheet rocked, prep, and paint. Re grout tub area in bathroom.

5 Cutter Ave.    Somerville, Massachusetts 02144    Telephone: (617) 628-5100    Fax: (617) 628-3737

APR-14-2014 05:57 PM   J.S.MARON MANAGEMENT          617 628 3737            P.02

Replace leaking refrigerator. Replace ripped and stained rugs in living room, 2 bedrooms and hallway. Replace apartment door, lock, and passage set for security.

$3650.00

Clean unit #11                $ 200.00

Exterminate all 4 units for roach and rodent infestation

$ 600.00

Total estimate                $12,220.00

All prices include material and labor.

J.S. Maron Management

_____
Jeffrey S. Maron

# EXHIBIT B

**115 Salem Street Condominium Trust**
**JS Maron Management**
**5 Cutter Avenue**
**Somerville, MA 02144**
**617-628-5100**

January 2, 2014

Condominium fees:

Unit: 11

Month: January 2014

Amount: $128.00

Please make check payable to:

115 Salem Street Condominium Trust
Mail to: JS Maron Management
5 Cutter Avenue
Somerville, Massachusetts 02144

**115 Salem Street Condominium Trust**
**JS Maron Management**
**5 Cutter Avenue**
**Somerville, MA 02144**
**617-628-5100**

January 2, 2014

Condominium fees:

Unit: 13

Month: January 2014

Amount: $176.00

Please make check payable to:

115 Salem Street Condominium Trust
Mail to: JS Maron Management
5 Cutter Avenue
Somerville, Massachusetts 02144

**115 Salem Street Condominium Trust**
**JS Maron Management**
**5 Cutter Avenue**
**Somerville, MA 02144**
**617-628-5100**

January 2, 2014

Condominium fees:

Unit: 14

Month: January 2014

Amount: $184.00

Please make check payable to:

115 Salem Street Condominium Trust
Mail to: JS Maron Management
5 Cutter Avenue
Somerville, Massachusetts 02144

**115 Salem Street Condominium Trust**
**JS Maron Management**
**5 Cutter Avenue**
**Somerville, MA 02144**
**617-628-5100**

January 2, 2014

Condominium fees:

Unit: 15

Month: January 2014

Amount: $133.00

Please make check payable to:

115 Salem Street Condominium Trust
Mail to: JS Maron Management
5 Cutter Avenue
Somerville, Massachusetts 02144