# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **STEVEN C. FUSTOLO,** ) | **Case No. 13-12692-JNF** |
| ) | |
| **Debtor.** ) | |

## NOTICE OF INTENT TO ABANDON PROPERTY

PLEASE TAKE NOTICE that, pursuant to section 554(a) of the United States Bankruptcy Code, 11 U.S.C. section 101 *et seq.* (the Bankruptcy Code), Federal Rule of Bankruptcy Procedure 6007(a) and Massachusetts Local Bankruptcy Rule 6007-1, Harold B. Murphy, the duly-appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Steven C. Fustolo (the "Debtor"), intends to abandon the estate's interest in the following:

(i) Real property located at 115 Salem Street, Boston, Massachusetts, Unit 11 ("Unit 11"); and

(ii) Real property located at 115 Salem Street, Boston, Massachusetts, Unit 15 ("Unit 15" and, collectively with Unit 11, the "Properties").

As grounds for the abandonment, the Trustee states that, upon his investigation, Unit 11 is valued between $191,000 and $230,000 and is encumbered by a first mortgage of not less than $228,750 and a second, blanket mortgage of not less than $448,000.[1] Unit 15 is valued between $206,000 and $230,000 and is encumbered by a first mortgage of not less than $220,500 and a second mortgage of not less than $220,500. Interest on all the mortgages continues to accrue. Accordingly, the Properties hold no equity for the Debtors' estate.

Based upon the forgoing, abandonment is appropriate pursuant to section 554(a) of the Bankruptcy Code as the Properties are burdensome and of inconsequential value to the estate.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Trustee requires additional information regarding the validity of the second, blanket mortgage that encumbers Unit 11. However, even in the event that this mortgage is avoidable, Unit 11 is of inconsequential valueto the Debtor's estate.

      The Trustee will deem the assets abandoned unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, and serves a copy of such objection on the undersigned within fifteen (15) days of the mailing of this notice.

                                            HAROLD B. MURPHY,
                                            CHAPTER 7 TRUSTEE,

                                            By his attorneys,

                                            /s/ Michael K. O'Neil
                                            Andrew G. Lizotte (BBO No. 559609)
                                            Michael K. O'Neil (BBO No. 685025)
                                            MURPHY & KING, Professional Corporation
                                            One Beacon Street
                                            Boston, Massachusetts 02108-3107
                                            Tel:  (617) 423-0400
                                            Email: mko@murphyking.com

DATED:  May 6, 2014

*668914*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| STEVEN C. FUSTOLO, ) | **Case No. 13-12692-JNF** |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

I, Michael K. O'Neil, hereby certify that on May 6, 2014, I caused a copy of the *Notice of Abandonment of Property of the Estate* to be served via this Court's CM/ECF system, electronic mail and/or first class mail, postage prepaid to the parties on the attached service list.

        HAROLD B. MURPHY,
        CHAPTER 7 TRUSTEE,

        By his attorneys,

        /s/ Michael K. O'Neil
        Andrew G. Lizotte (BBO No. 559609)
        Michael K. O'Neil (BBO No. 685025)
        MURPHY & KING, Professional Corporation
        One Beacon Street
        Boston, Massachusetts 02108-3107
        Tel: (617) 423-0400
        Email: mko@murphyking.com

DATED: May 6, 2014

**By ECF**

- Michael J. Fencer    mfencer@jagersmith.com, bankruptcy@jagersmith.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jonathan Horne    jhorne@jagersmith.com, bankruptcy@jagersmith.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
- David M. Nickless    dnickless.nandp@verizon.net
- Michael O'Neil    mko@murphyking.com, icm@murphyking.com
- Laura D. Sannicandro    bankruptcy@orlansmoran.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Bruce F. Smith    bsmith@jagersmith.com, bankruptcy@jagersmith.com

**By First Class Mail**

| | |
|---|---|
| **50 Thomas Patton Drive LLC**<br>10 Turnpike Road<br>Southborough, MA 01772 | **50 Thomas Patton Drive LLC**<br>c/o Cliff Schorer<br>10 Turnpike Road<br>Southborough, MA 01772 |
| **527 Revere Beach Blvd Trust**<br>484 Revere Beach Blvd<br>Revere MA | **Chase Bank Cardmember Services**<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| **Bank of America**<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | **Citibank**<br>P.O. Box 6500<br>Sioux Falls, SD 57117 |
| **Bank of America**<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | **Citibank**<br>P.O. Box 6500<br>Sioux Falls, SD 57117 |
| **Bank of New England**<br>31 Pelham Road<br>Salem, NH 03079 | **Costanzo D. Fustolo**<br>87 Terrace Hall Ave.<br>Burlington, MA 01803 |
| **Boulder Capital**<br>Boulder Holdings II, LLC<br>21 Center Street<br>Weston, MA 02493 | **The Patriot Group, LLC**<br>c/o John Howe<br>1120 Post Road, 2nd Floor<br>Darien, CT 06820-5435 |
| **Bruce W. Edmands, Esq.**<br>**Edmands Williams LLP**<br>29 Crafts Street<br>Newton, MA 02158 | **CWF Trust**<br>87 Terrance Hall Ave.<br>Burlingotn, MA 01803 |
| **Capital One**<br>P.O. Box 71087<br>Charlotte, NC 28272-1087 | **Domenic Sicari Associates**<br>623 Main Street<br>Woburn, MA 01801 |

2

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**GMAC**
2711 North Haskell Ave.
Suite 900
Dallas, TX 75204

**HSBC Bank**
Suite 3201
Buffalo, NY 14270-3201

**Internal Revenue Service**
Special Procedures Staff
P.O. Box 9112
Boston, MA 02203

**Internal Revenue Service**
P.O. Box 7346
Centralized Insolvency Operations
Philadelphia, PA 19101-7346

**J.S. Maron Management**
5 Cutter Avenue
Somerville, MA 02144

**JP Morgan Chase Bank**
Commercial Term Lending
3929 W. John Carpenter FWY
Irving, TX 75063

**Lahey Clinic**
P.O. Box 981001
Boston, MA 02298-1001

**Lawson Weitzen, LLP**
88 Black Falcon Avenue, #345
Boston, MA 02210

**Eckert Seaman LLC**
600 Grant Street, 44th Floor
Pittsburg, PA 15219

**Estate of Isaacc Martinez**
c/o John P. Matheson, Esq.
Matheson/Wolf, LLP
8 Faneuil Hall, Third Floor
Boston, MA 02109

**Fannie Mae**
3900 Wisconsin Ave., NW
Washington, DC 20016-2892

**Frank Mongiello and MJM Trust**
c/o Albert Mongiello
201 Cliff Avenue
Winthrop, MA 02152

**Freddie Mac**
8200 Jones Branch Drive
McLean, VA 22102-3110

**Revere Beach Blvd. Trust**
484 Revere Beach Blvd.
Revere, MA 02151-4713

**Richard Mayer**
3520 Manor Road
Bethlehem, PA 18020

**Rita Kraner, Esq.**
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

**Simmons First National Bank**
P.O. Box 6609
Pine Bluff, AR 71611-6609

3

**MA Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 9564**
**Boston, MA 02114-9564**

**Mass. General Physicians Organization**
**P.O. Box 3864**
**Boston, MA 02241-3864**

**National Grid**
**P.O. Box 11735**
**Newark, NJ 07101**

**NStar**
**P.O. Box 660369**
**Dallas, TX 75266-0369**

**P.O.**
**Box 6500**
**Sioux Falls, SD 57117**

**PHH Mortgage Corporation**
**Mortgage Servicing Center**
**P.O. Box 5452**
**Mt. Laurel, NJ 08054-5452**

**US Bank**
**PO Box 5229**
**Cincinnati, OH 45201-5229**

**Winchester Savings Bank**
**661 Main Street**
**Winchester, MA 01890-1991**

**Steven E. Robinson**
**87 Terrace Hall Ave.**
**Burlingotn, MA 01803**

**Stoneham Savings Bank**
**359 Main Street**
**Stoneham, MA 02180**

**The Patriot Group, LLC**
**1120 Post Road, 2nd Floor**
**Darien, CT 06820**

**US Bank**
**4801 Frederica St.**
**Owensboro, KY 42301**

**Verizon**
**180 Mill Road**
**Suite 100**
**Oaks, PA 19456**

**Verizon Wireless**
**45 Boylston Street**
**Boston, MA 02116**

**Winchester Savings Bank**
**c/o Shapiro & Hender**
**105 Salem Street, PO Box 392**
**Malden, MA 02148**

**Wynn Las Vegas, LLC**
**d/b/a Wynn Las Vegas**
**c/o Mary Ann Nicholson, CP**
**Wynn Las Vegas**
**3131 Las Vegas Blvd.**
**Las Vegas, NV 89109**

4