B 6B  (Official Form 6B) (12/2007)

In re **Steven  C.  Fustolo,** _____     Case No.   **13-12692-JNF** _____
                    **Debtor**                                        **(If known)**

# (AMENDED AND SUPERSEDING)
## AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | $200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America accounts ending 1461 ($1054) and 3923 ($1) | J | $1,055.00 |
| | | Bank of America account ending in 9490 ($29) Fidelity ($300) | | $329.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | (no single item having value in excess of  $575.00 and an aggregate value of less than $15,000.00) | J | $5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Mens clothing | | NCV |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Steven  C.  Fustolo,** _____    Case No.    **13-12692-JNF** _____
 _____**Debtor**                                                              **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | Debtor's business 32 Park Vale Avenue Trust has 1/3 joint venture interest in stones | | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | 50 TPD Realty LLC Management fees $79,013 gross amount due - potential offset | | Unknown |
| | | Shareholder's loan to National Tax Institute ($1,045,429 gross amount - uncollectable) | | $0.00 |
| | | Shareholder's loan to CPE Meetings Inc. $355,530 gross amount - uncollectable | | $0.00 |
| | | Shareholder's loan to Ocean Club Condominium LLC $6,157,749 gross amount - uncollectable | | $0.00 |
| | | Shareholder's loan to Huntington Properties Inc. $318,271 gross amount - uncollectable | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven  C.  Fustolo,**_____     Case No. ___**13-12692-JNF**_____
                                    **Debtor**                                              **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Shareholder's loan to Huntington Properties Holdings LLC $1,864,000 gross amount - uncollectable | | $0.00 |
| | | Misc accounts receivable (writings, fees, vendors) | | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claims against 50 Thomas Patton Drive, Cliff Shorer, and others for accounts due and libel/slander, conversion, etc. | | Unknown |
| | | Potential claims against Patriot Group, John Howe, and others concerning introduction to prospective lenders and other claims against them. | | Unknown |
| | | Possible whistleblower recovery | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Steven  C.  Fustolo,** _____         Case No.    **13-12692-JNF** _____
                                        **Debtor**                                                      **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_ continuation sheets attached        Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| $6,584.00 |
|---|

**Amended-Schedule B – Personal Property**

**Question No. 13 Stocks and interests in incorporated and unincorporated business\***

| Description and location | Current value of Debtor's interest |
|---|---|
| Huntington Properties Inc.<br>    Revere Beach Properties, Inc.<br>    100% owned by Huntington Properties Inc. | $0.00 |
| CPE Meetings Inc. | $0.00 |
| National Tax Institute, Inc. | $0.00 |
| Terrace Hall Partners LLC<br>33% ownership | $2,188 |
| Atlas Garden Supply, LLC<br>50% ownership | Unknown |
| James J. Fox & Company LLP<br>35% ownership | Unknown |
| Property Trust Corporation | $0.00 |
| Property Trust Corporation | $0.00 |
| Prospective Hill Limited Partnership<br>12% limited partnership interest | $5,000+/- |
| D&S Realty Corp (manager of property located in St. Croix, Virgin Islands)<br>50% Shareholder | $0.00 |
| 32 Park Vale Avenue Trust | $0.00-- See Continuation page for business entities owned by 32 Park Vale Avenue Trust |

**\*All ownership interests are 100% in Debtor's name unless otherwise noted**

**Amended-Schedule B – Personal Property - Continued**

**Question No. 13 Stocks and interests in incorporated and unincorporated business**

| 32 Park Vale Avenue Trust* | |
|---|---|
| | |
| Owns 100% of the membership interest in each of the following | |
| | |
| 5 High Street, LLC | |
| 7 Stillman Place LLC | |
| 11 Sheafe Street, LLC | |
| 23 Margaret Street LLC | |
| 23-25 Highland Avenue LLC | |
| 34 Cooper Street LLC | |
| 65 North Margin Street LLC | $25 |
| 101 Prince Street, LLC | |
| 115 Salem Street Realty LLC | |
| 116 Marlborough Properties, LLC | |
| 128 Marlborough Street LLC | |
| 128 Marlborough Street Parking, LLC | |
| 135-137 Salem Street LLC | |
| 162 Salem Street, LLC | |
| Fustolo Development LLC | |
| Fustolo Properties LLC | |
| New Sheafe Street Realty LLC | |
| North Margin Street Development LLC | |
| The Ocean Club Condominium LLC | |
| Ocean GP LLC | |
| Revere Beach Holdings LLC | |
| Excelsior Holdings Group LLC | |
|    NTI LLC (owned by Excelsior Holdings Group LLC) | |
|    Conference Meeting Planners, LLC (owned by Excelsior Holdings Group LLC) | |
| Affinity Investments, LLC | |
|    99% Membership interest | |
| Huntington Properties Holding Company LLC | |
| Steve C. Fustolo Revocable Trust | $2,574 |
| Two bank accounts | $183 |
| 35% Joint venture interest in stones | Unknown |
| *All entities owned by the Trust excepting New Sheafe Realty, LLC and Excelsior Holdings Group, LLC and subsidiaries were dissolved by the Secretary of State in either 2009 or 2011. None are believed to have any value for the member other than perhaps 65 North Margin Street LLC, whose only asset is a bank account.* | |

B 6D (Official Form 6D) (12/07)

**In re** Steven  C.  Fustolo _____,   Case No. 13-12692-JNF _____
                           **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (AMENDED AND SUPERSEDING)

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**50 Thomas Patton Drive LLC**<br>**10 Turnpike Road**<br>**Southboro, MA 01772** | X | | **Mortgages**<br><br>**50 Thomas Patton Drive, Randolph, MA and 5 High Street, Medford, MA**<br>VALUE $ **9,200,000.00** | X | X | X | **$6,759,000.00** | **$3,345,000.00** |
| ACCOUNT NO.<br>**527 Revere Beach Blvd Trust**<br>**484 Revere Beach Blvd**<br>**Revere, MA** | | | **Second Mortgage**<br><br>**Condo located at 115 Salem Street, Boston, MA**<br>VALUE $    **1,020,000.00** | | X | | **$480,000.00** | **$480,000.00** |
| ACCOUNT NO.<br>**Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | | **Mortgages real estate at 115 Salem Street, Units 11 and 15**<br>VALUE $    **420,000.00** | | X | | **$506,000.00** | **$86,000.00** |
| ACCOUNT NO.<br>**Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | | **Note**<br>**Short Sale 6/10/13**<br><br>**Unit 12, 115 Salem Street, Boston, MA**<br>VALUE $    **210,000.00** | | X | | **$250,000.00** | **$40,000.00** |

___3___ continuation sheets
      attached

| | | |
|---|---|---|
| Subtotal ►<br>(Total of this page) | $    **7,995,000.00** | $    **3,951,000.00** |
| Total ►<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) - Cont.

In re  Steven  C.  Fustolo                                  ,        Case No.  13-12692-JNF
            **Debtor**                                                              (if known)

## AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CWF Trust 87 Terrance Hall Ave Burlington, MA 01803** | | | **Second Mortgage Residence** <br><br> VALUE $    $753,800.00 | | X | | **$500,000.00** | **$65,800.00** |
| ACCOUNT NO. **Eckert Seaman LLC 600 Grant Street, 44th Floor Pittsburg, PA 15219** | X | | **10/2010 Assignment of Promissory Note owned by Ocean GP, LLC** <br> VALUE $    $225,000.00 | | | | **$456,500.00** | **$231,500.00** |
| ACCOUNT NO. **Frank Mongiello and MJM Trust c/o Albert Mongiello 201 Cliff Aveenue Winthrop, MA 02152** | X | | **Third Mortgage on 5 High Street, Medford, MA** <br><br> VALUE $    $2,900,000.00 | | X | | **$225,000.00** | **$0.00** |
| ACCOUNT NO. **HSBC Bank Suite 3201 Buffalo, NY 14270-3201** | | | **Listed for Informational purposes only** <br><br> VALUE $    $0.00 | | | | **$0.00** | **$0.00** |
| Notes: PHH Debt | | | | | | | | |
| ACCOUNT NO. **Maurice P. Glennon Francis R. Glennon PO Box 1046 Easton, MA 02334** | X | | **Two mortgage guarantees ($682,000 and $75,000)** <br><br> **87 Terrace Hall, Burlington, MA 01803** <br> VALUE $    Unown | | | | **$757,000.00** | **Unknown** |

Sheet no. __1__ of __3__ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

| Subtotal (s)▶ (Total(s) of this page) | $ **1,938,500.00** | $ **297,300.00** |
|---|---|---|
| Total(s) ▶ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re **Steven  C.  Fustolo** _____ ,    Case No. **13-12692-JNF** _____
           **Debtor**                                                              **(if known)**

## AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **PHH Mortgage Corporation Mortgage Servicing Center PO Box 5452 MT Laurel, NJ 08054-5452** | | | **Mortgages for real estate 115 Salem Street,  Units 13 and 14, Boston, MA** <br><br> VALUE $   **$600,000.00** | | X | | **$660,000.00** | **$60,000.00** |
| ACCOUNT NO. <br> **Richard Mayer 3520 Manor Road Bethlehem, PA 18020** | X | | **Judgment Lien** <br><br> **Residence** <br><br> VALUE $      **$753,800.00** | | | | **$291,000.00** | **$225,200.00** |
| ACCOUNT NO. <br> **Steven E. Robinson 87 Terrace Hall Ave Burlington, MA 01803** | X | | **1st & 2nd Mtgs on Real Estate and Pledge of Equity in membership interest in Terrace Hall Partner's LLC** <br> VALUE $      **$450,000.00** | | | X | **$657,000.00** | **$207,000.00** |
| ACCOUNT NO. <br> **Stoneham Savings Bank 359 Main Street Stoneham, MA 02180** | X | | **First mortgage real estate at 50 Thomas Patton Drive,  Randolph, MA,  currently owned by 50 Thomas Patton Drive LLC** <br> VALUE $      **$6,300,000.00** | | | | **$3,000,000.00** | **$0.00** |
| ACCOUNT NO. <br> **US Bank 4801 Frederica St Owensboro, KY 42301** | X | | **First Mortgage** <br><br> **Residence** <br><br> VALUE $      **$753,800.00** | | | | **$188,000.00** | **$0.00** |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ **4,796,000.00** | $ **492,200.00** |

Total(s) ▶
(Use only on last page)

| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re  **Steven  C.  Fustolo** _____,    Case No.  **13-12692-JNF** _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**US Bank**<br>**4801 Frederica St**<br>**Owensboro, KY 42301** | | | **First Mortgage secured by condo in Hyannis MA**<br><br>VALUE $      $300,000.00 | | | | $106,000.00 | $0.00 |
| ACCOUNT NO.<br>**Winchester Savings Bank**<br>**661 Main Street**<br>**Winchester, MA 01890** | **X** | | **Guarantee of 3 notes secured by real estate at 5 High St., Medford and 115 Salem St., Boston, MA**<br>VALUE $     $3,255,000.00 | | | | $2,646,000.00 | $0.00 |
| | | | | | | | | |

Sheet no.__**3**__of __**3**__continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

| | |
|---|---|
| $    **2,752,000.00** | $            **0.00** |

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $   **17,481,500.00** | $ **4,740,500.00** |

(Report also on
Summary of Schedules.)　　(If applicable, report also on
Statistical Summary of Certain
Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Steven  C.  Fustolo_____, Case No. __13-12692-JNF__
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED AND SUPERSEDING)

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Bank of America** <br>**P.O. Box 851001** <br>**Dallas, TX 75285-1001** | | | **Credit Card** | | | | **$89,253.00** |
| ACCOUNT NO. <br><br>**Bank of New England** <br>**31 Pelham Road** <br>**Salem, NH 03079** | | | **Loan** | | X | | **$140,000.00** |
| ACCOUNT NO. <br><br>**Boulder Capital** <br>**Boulder Holdings II, LLC** <br>**21 Center Street** <br>**Weston, MA 02493** | X | | **Loan Guarantee** | | | | **$1,800,000.00** |
| ACCOUNT NO. <br><br>**Capital One** <br>**PO Box 71087** <br>**Charlotte, NC 28272-1087** | | | **Credit Card** | | | | **$9,676.00** |
| | | | | | | Subtotal▶ | $   **2,038,929.00** |

__5__ continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo** ,                          Case No. **13-12692-JNF**
_____          _____
          **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Chase Bank Cardmember Services** **P.O. Box 94014** **Palatine, IL 60094-4014** | | | **Credit Card** | | | | **$44,639.00** |
| **ACCOUNT NO.** **Citibank** **P.O. Box 6500** **Sioux Falls, SD 57117** | | | **Credit Card** | | | | **$67,278.00** |
| **ACCOUNT NO.** **Costanzo D. Fustolo** **87 Terrace Hall Ave** **Burlington, MA  01803** | | | **Loans** | | X | | **$900,000.00** |
| **ACCOUNT NO.** **Domenic Sicari Associates** **623 Main Street** **Woburn, MA 01801** | | | **Architectual services** | | | X | **$18,500.00** |

Sheet no. **1** of **5** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,030,417.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven  C.  Fustolo_____,    Case No. __13-12692-JNF_____
　　　　　　　　Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Estate of Isaacc Martinez c/o John P. Matheson, Esq. Matheson/Wolf, LLP 8 Faneuil Hall, Third Floor Boston, MA 02109** | X | | **Massachusetts Superior Court claim for alleged negligence and wrongful death arising out of alleged contamination of building** | X | X | X | Unknown |
| **ACCOUNT NO.** **Fannie Mae 3900 Wisconsin Ave. NW Washington, DC 20016-2892** | | | **Potential claim for shortfall on foreclosures of real estate GMAC and BoA foreclosures** | | X | X | Unknown |
| **ACCOUNT NO.** **Freddie Mac 8200 Jones Branch Drive McLean, VA 22102-3110** | | | **Potential claim for shortfall on foreclosures of real estate GMAC and BoA foreclosures** | | X | X | Unknown |
| **ACCOUNT NO.** **GMAC 2711 North Haskell Ave Suite 900 Dallas, TX 75204** | | | **Deficiency on foreclosures of real estate guaranteed.** | | X | X | Unknown |

Sheet no.__2__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $              0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven  C.  Fustolo_____,        Case No. __13-12692-JNF_____
        **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**J.S. Maron Management**<br>**5 Cutter Avenue**<br>**Somerville, MA 02144** | | | **Management Fees on Real Estate** | | | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**JP Morgan Chase Bank**<br>**Commercial Term Lending**<br>**3929 W. John Carpenter FWY**<br>**Irving, TX   75063** | X | | **Guarantees on loan shortfall pertaining to six (6) foreclosures** | | | | **$321,363.00** |
| **ACCOUNT NO.**<br><br>**Lahey Clinic**<br>**PO Box 981001**<br>**Boston, MA 02298-1001** | | | **Medical bill** | | | | **$1,285.00** |
| **ACCOUNT NO.**<br><br>**Lawson Weitzen LLP**<br>**88 Black Falcon Avenue, #345**<br>**Boston, MA 02210** | X | | **Legal Services** | | X | | **Unknown** |

Sheet no.__3__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **332,648.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven C. Fustolo** ,     Case No. **13-12692-JNF**
_____Debtor_____             _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (AMENDED)
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Mass General Physicians Organization** <br> **PO Box 3864** <br> **Boston, MA 02241-3864** | | | **Medical Bill** | | | | **$1,059.00** |
| **ACCOUNT NO.** <br><br> **Patriot Group** <br> **1120 Post Road** <br> **Darien, CT 06820** | X | | **Judgment subject to reduction as result of liquidation of collateral** | | | | **$25,573,000.00** |
| **Additional Contacts for Patriot Group:** <br><br> **Rita Kraner, Esq.** <br> **Riemer & Braunstein, LLP** <br> **Three Center Plaza** <br> **Boston, MA 02108** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Simmons First National Bank** <br> **PO Box 6609** <br> **Pine Bluff, AR 71611-6609** | | | **Credit Card** | | | | **$6,000.00** |

Sheet no. __**4**__ of __**5**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **25,580,059.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven  C.  Fustolo**                                   ,          Case No. **13-12692-JNF**
_____
                **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (AMENDED)
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 5/2013 | | | | |
| **Wynn Hotels c/o Mary Ann Nicholson, CP Wynn Las Vegas 3131 Las Vegas Blvd Las Vegas, NV 89109** | X | | | | | X | + / − **$39,000.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **39,000.00**

Total▶  $  **29,021,053.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6H (Official Form 6H) (12/07)

In re **Steven  C.  Fustolo,**_____     Case No.  **13-12692-JNF**_____
                                         **Debtor**                                    **(if known)**

# AMENDED – SCHEDULE H - CODEBTORS
## ( SUPERSEDING )

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 5 High Street LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Huntington Properties Inc.<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Revere Beach Holdings LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>50 TPD Realty LLC<br>c/o Steven  Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | 50 Thomas Patton Drive LLC<br>10 Turnpike Road<br>Southboro, MA 01772 |
| 23-25 Highland Avenue LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Richard Mayer<br>3520 Manor Road<br>Bethlehem, PA 18020 |
| 5 High Street LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>115 Salem Street Realty LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Winchester Savings Bank<br>661 Main Street<br>Winchester, MA 01890 |
| 50 TPD Realty, LLC<br>10 Turnpike Road<br>Southboro, MA 01772 | Stoneham Savings Bank<br>359 Main Street<br>Stoneham, MA 02180 |
| 5 High Street LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Huntington Properties Inc.<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Frank Mongiello and MJM Trust<br>c/o Albert Mongiello<br>201 Cliff Aveenue<br>Winthrop, MA 02152 |
| 135-137 Salem Street LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Steven E. Robinson<br>87 Terrace Hall Ave<br>Burlington, MA 01803 |
| Ocean GP, LLC<br>c/o Steven Fustolo<br>87 Terrace Hall | Eckert Seaman LLC<br>600 Grant Street, 44th Floor<br>Pittsburg, PA 15219 |

B 6H (Official Form 6H) (12/07)

In re  Steven  C.  Fustolo, _____        Case No.  13-12692-JNF
                                        **Debtor**                                              **(if known)**

# AMENDED – SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Burlington, MA 01803 | |
| Terrace Hall Partners, LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Maurice P. Glennon<br>Francis R. Glennon<br>PO Box 1046<br>Easton, MA 02334 |
| Revere Beach Holdings LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Affinity Investments, LLC<br>200 Jefferson Road<br>Suite 207<br>Wilmington, MA 01887 | Patriot Group<br>1120 Post Road<br>Darien, CT 06820 |
| Huntington Properties Inc.<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Huntington Properties Holding Co. LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>32 Park Vale Avenue Trust<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | JP Morgan Chase Bank<br>Commercial Term Lending<br>3929 W. John Carpenter FWY<br>Irving, TX  75063<br>(six notes) |
| Revere Beach Holdings LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Boulder Capital<br>Boulder Holdings II, LLC<br>21 Center Street<br>Weston, MA 02493 |

B 6H (Official Form 6H) (12/07)

In re **Steven  C.  Fustolo,**                                                    Case No.  **13-12692-JNF**
_____                          _____
                                        **Debtor**                                                    **(if known)**

# AMENDED – SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 5 High Street LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Huntington Properties Inc.<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Huntington Properties Holding Co. LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>J S Maron Management<br>c/o Steven Maron<br>5 Cutter Avenue<br>Somerville, MA 02144<br><br>8-14 Forest Street LLC<br>c/o John Egan, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br><br>Farzad Sayan<br>c/o Wiliam L. Keville, Jr., Esq.<br>Melick & Porter<br>One Liberty Square<br>Boston, MA 02109<br><br>Property Trust Corporation<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Estate of Isaacc Martinez<br>c/o John P. Matheson, Esq.<br>Matheson/Wolf, LLP<br>8 Faneuil Hall, Third Floor<br>Boston, MA 02109 |
| Property Trust Corporation<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803<br><br>Fustolo Development, LLC<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Lawson Weitzen LLP<br>88 Black Falcon Avenue, #345<br>Boston, MA 02210 |
| CPE Meetings, Inc.<br>c/o Steven Fustolo<br>87 Terrace Hall Avenue<br>Burlington, MA 01803 | Wynn Hotels<br>c/o Mary Ann Nicholson, CP<br>Wynn Las Vegas<br>3131 Las Vegas Blvd<br>Las Vegas, NV 89109 |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## MASSACHUSETTS

In re

__Steven  C.  Fustolo_____,

*Debtor*

Case No. __13-12692-JNF_____

Chapter __7_____

## AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $ 2,058,800.00 | | |
| B - Personal Property | YES | 6 | $ 6,584.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 17,481,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 29,021,053.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 3 | | | $ 17,332.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 4 | | | $ 20,322.00 |
| TOTAL | | 32 | $ 2,065,384.00 | $ 46,502,553.00 | |

In re **Steven C. Fustolo** _____ ,    Case No. **13-12692-JNF** _____
     **Debtor**                                                     (if known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**21**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**8/14/14**_____        Signature: __**/s/ Steven C. Fustolo**_____
                                                      **Steven C. Fustolo** Debtor

Date _____        Signature: _____
                                                          (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

---------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## MASSACHUSETTS

In re: Steven  C.  Fustolo                                              Case No  13-12692-JNF
_____                                                _____
                  Debtor                                                      (if known)

## AMENDED - STATEMENT OF FINANCIAL AFFAIRS
### ( SUPERSEDING )

_____

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the
**two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on
the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates
of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

|  |  |
|---|---|
| AMOUNT | SOURCE |

Debtor:
    Current Year (2013):

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Unknown (ytd) |

    Previous Year 1 (2012):

| AMOUNT | SOURCE |
|---|---|
| $45,029.00 | James J. Fox & Co. (gross) |
| $-15,200.00 | 32 Park Vale Avenue (net) |
| $-7,480.00 | National Tax Institute/CPE Meetings Inc. (net) |
| $-6,580.00 | Terrace Hall Partners LLC (net) |
| $200,435.00 | Lecture/writing (gross) |

    Previous Year 2 (2011):

| AMOUNT | SOURCE |
|---|---|
| $-15,423,518.00 | Joint loss from all activities including NOL |

Joint Debtor:
    N/A

**2.  Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

|  |  |
|---|---|
| AMOUNT | SOURCE |

Debtor:
    Current Year (2013):

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Unknown (ytd) |

Previous Year 1 (2012):

| | |
|---|---|
| $12,687.00 | Atlas Garden Supply (net) |
| $239,991.00 | Capital gain |
| $-16,519.00 | Loss from sale of business property |
| $91,424.00 | Rental income of condos (gross) |
| $500.00 | Taxable interest |
| $417.00 | Director's fees (net) |

Previous Year 2 (2011):

Joint Debtor:
    N/A

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor:<br>US Bank<br>4801 Frederica St<br>Owensboro, KY 42301 | | Regular monthly mortgage | |

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Debtor: | | | |
| Martinez v Huntington Properties LLC et al Case Number: SUCV2012-04590 | | Superior Court Suffolk | pending |
| Gershick v Fustolo Case Number: 2010-A2640-7 | | District Court Cobb County, Georgia | Dismissed |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Debtor: | | |
| Richard Mayer c/o Bruce Smith, Jager Smith, One Financial Center, 4th Floor Boston, MA 02111 | 03/26/2013 | Residence 110 Church Street, Winchester, MA Value: $753,800.00 |

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Debtor: | | |
| Bank of America 7105 Corporate Druve PTX c-35 Plano, TX 75024 | Unit 16 - Foreclosed 5/30/2012 | condo located at 115 Salem Street, Boston, MA Value: $210,000.00 |

| GMAC<br>3451 Hammond Ave<br>Waterloo, IA 50702 | Unit 10 - Foreclosed 8/30/2012 | Condo located at 115 Salem Street,<br>Boston, MA<br>Value: $210,000.00 |
| GMAC<br>3451 Hammond Ave<br>Waterloo, IA 50702 | Unit 9 - Foreclosed 1/25/12 | Condo located at 115 Salem Street,<br>Boston, MA<br>Value: $210,000.00 |

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |

---

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE<br>OF GIFT |
|---|---|---|---|
| Debtor:<br>Church | | Weekly | $3,000.00+/- (ytd)<br>Value: |
| Bentley College | | | $100+<br>Value: |
| Smile Train | | | $100+ |

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Debtor Garage at residence Value: | Hurricane Sandy caused wind damage to garage Debtor received $30,000 from insurance net of expenses | Fall 2012 |

**9. Payments related to debt counseling or bankruptcy**

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor: Elisa Fustolo | 12/2012 | Funds towards the purchase of a replacement vehicle Value: Unknown |
| Relationship to Debtor: Wife | | |

None ☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Debtor: Debtor has numerous LLC's and Trusts as listed on Sch B and has transferred money into the business entities | Various | |

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Debtor:<br>115 Salem Street Condo Trust<br>Debtor is Trustee as well as signatory on bank account | (See attached statement) | |

**Steven C. Fustolo**
**Statement of Financial Affairs**

**Question 14: Property Held for Another Person**

On a regular basis, Debtor acts as a trustee, manager, escrow agent, or executor for various entities and individuals in his capacity as a professional, advisor or consultant. In that capacity, the Debtor may be a signer on bank and investment accounts for those particular entities and individuals. Debtor has no financial or beneficial interest in those entities.

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE           LAW

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE           LAW

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Federated Business Service Inc. Of Mass | 4235/ | 33 3rd Ave Burlington, MA 01803 | Debtor listed as director when revived in 2005 | Beginning Date: Ending Date: 06/18/2012 |
| Big S Liquors | / | 115 State Street Meriden, CT 06450 | Director and officer | Beginning Date: 1983 Ending Date: unknown |
| Spaulding Brick Company | / | 5 Lopez Road Wilmington, MA 01887 | Director | Beginning Date: 2000 Ending Date: Present |
| Shelton Square Spirits Inc. | / | 864 Bridgeport Avenue Shelton, CT 06484 | Listed as director and officer on internet but Debtor was asked to be a director and officer only on temporary basis when father was ill and then a | Beginning Date: Ending Date: N/A |

|  |  | number of years ago |
|---|---|---|

**See addendum** /  Beginning Date:
**for ownership**  Ending Date:
**interests**  N/A

None
☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
    defined in 11 U.S.C. § 101.

    NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity,
either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in
business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been
in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this
    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    NAME AND ADDRESS                              DATES SERVICES RENDERED

    Debtor:
    Debtor

None
☒   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy
    case have audited the books of account and records, or prepared a financial statement of the debtor.

    NAME                    ADDRESS                    DATES SERVICES RENDERED

    Debtor:
    N/A

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
    books of account and records of the debtor. If any of the books of account and records are not available, explain.

    NAME                                ADDRESS

    Debtor:
    Debtor                              87 Terrace Hall Avenue
                                        Burlington, MA 01803

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a

## AMENDED-QUESTION 18
## STATEMENT OF FINANCIAL AFFAIRS

The Debtor was an owner in whole or in part, directly or indirectly, and an officer, director, partner, or managing executive of the following corporations or partnerships:

Huntington Properties Inc.

CPE Meetings Inc.

National Tax Institute, Inc.

Terrace Hall Partners LLC
33% ownership

Atlas Garden Supply, LLC
50% ownership

James J. Fox & Company LLP
35% ownership

Property Trust Corporation

Property Trust Corporation

Prospect Hill Limited Partnership
12% limited partnership interest

Revere Beach Properties, Inc.
    Owned by Huntington Properties, Inc.

50 TPD Realty, LLC

32 Park Vale Avenue Trust

5 High Street, LLC--Owned by 32 Park Vale Avenue Trust

7 Stillman Place LLC--Owned by 32 Park Vale Avenue Trust

11 Sheafe Street, LLC--Owned by 32 Park Vale Avenue Trust

23 Margaret Street LLC--Owned by 32 Park Vale Avenue Trust

23-25 Highland Avenue LLC--Owned by 32 Park Vale Avenue Trust

34 Cooper Street LLC--Owned by 32 Park Vale Avenue Trust

65 North Margin Street LLC--Owned by 32 Park Vale Avenue Trust

101 Prince Street, LLC--Owned by 32 Park Vale Avenue Trust

115 Salem Street Realty LLC--Owned by 32 Park Vale Avenue Trust

116 Marlborough Properties, LLC--Owned by 32 Park Vale Avenue Trust

128 Marlborough Street LLC--Owned by 32 Park Vale Avenue Trust

128 Marlborough Street Parking, LLC--Owned by 32 Park Vale Avenue Trust

135-137 Salem Street LLC--Owned by 32 Park Vale Avenue Trust

162 Salem Street, LLC--Owned by 32 Park Vale Avenue Trust

Fustolo Development LLC--Owned by 32 Park Vale Avenue Trust

Fustolo Properties LLC--Owned by 32 Park Vale Avenue Trust

New Sheafe Street Realty LLC--Owned by 32 Park Vale Avenue Trust

North Margin Street Development LLC--Owned by 32 Park Vale Avenue Trust

The Ocean Club Condominium LLC--Owned by 32 Park Vale Avenue Trust

Ocean GP LLC--Owned by 32 Park Vale Avenue Trust

Revere Beach Holdings LLC--Owned by 32 Park Vale Avenue Trust

Affinity Investments, LLC--Owned by 32 Park Vale Avenue Trust

Excelsior Holdings Group LLC--Owned by 32 Park Vale Avenue Trust

NTI LLC—Owned by Excelsior Holdings Group LLC--Owned by 32 Park Vale
Avenue Trust

Conference Meeting Planners, LLC—Owned by Excelsior Holdings Group LLC

99% Members' interest:
    Huntington Properties Holding Company LLC

D&S Realty Corporation
St. Croix, U.S. Virgin Islands– 50% shareholder GP of Prospect Hill Limited
                    Partners (no assets)

☐    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

Debtor:
Winchester Savings Bank                   October 2012

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

Debtor:
N/A

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

N/A

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

N/A

None ☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,                    DATE AND PURPOSE           OR DESCRIPTION
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL              AND VALUE OF PROPERTY

N/A

---

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  8/14/14                                    Signature
                                                 of Debtor    /s/ Steven Fustolo

Date _____

Signature of
Joint Debtor
(if any)

_____

_____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*