UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:
Steven C. Fustolo
    Debtor

Chapter 7
No. 13-12692-JNF

DEBTOR'S MOTION TO AMEND SCHEDULES B, D, F AND H,
STATEMENT OF FINANCIAL AFFAIRS AND MATRIX

Now comes Steven C. Fustolo, Debtor in these proceedings, and moves to amend Schedules B, D, F and H, Statement of Financial Affairs and Matrix to include corrected/updated and missing information. In support thereof, the Debtor states that, since filing the Schedules and Statement of Affairs, he has discovered that some information/assets were inadvertently omitted and a few errors were contained in the documents. The errors have previously all or substantially all been discussed with the Trustee at the Section 341 meeting. The amendments are as follows:

a. Schedule B – Personal Property:

    i. Question No. 13-Add D&S Realty Corp, having no value.

    ii. Question No. 16-Change 50 Thomas Patton Drive LLC to 50 TPD Realty LLC, add misc accounts receivables having value believed to be less than $5,000.

    iii. Question 21-Expand language regarding potential claims against Patriot Group and others and to add possible whistleblower recovery.

b. Added Maurice P. Glennon as a secured creditor on Schedule D based upon a guaranty of mortgage debt owed by Terrace Hall Partners, LLC.

c. Added Wynn Hotels as a disputed, unsecured creditor on Schedule F.

d. Added Terrace Halls Partners, LLC as a codebtor for the debt to Maurice P. Glennon and CPE Meetings, Inc. as a codebtor for the claim of Wynn Hotels on Schedule H.

    e.  Statement of Financial Affairs

        i.  Question No. 5-Correct foreclosure date of Unit 9, 115 Salem Street, Boston, MA.

        ii.  Question No. 7-Add gifts provided to Bentley College and Smile Train.

        iii.  Question No. 14-Add property held for benefit of clients in investment accounts and add that he is signatory on the bank account of the 115 Salem Street Condominium Trust.

        iv.  Question No. 18-Add D&S Realty Corporation.

    f.  Matrix-Add Maurice P. Glennon and Wynn Hotels.

Amended and Superseding Schedules B, D, F and H, Statement of Financial Affairs and Matrix are filed simultaneously herewith.

        Steven C. Fustolo
        by his attorney,

        /s/   David M. Nickless
        David M. Nickless, Esq.
        Nickless, Phillips & O'Connor
        625 Main Street
        Fitchburg, MA 01420
        (978) 342-4590
        BBO No. 371920
        dnickless.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, David M. Nickless, Esq. do hereby certify that I will serve a copy of the within pleading by mailing same to any of the parties listed below not noted as having received electronic service.

| | |
|---|---|
| United States Trustee<br>5 Post Office Square<br>Boston, MA 02109<br>*VIA ECF* | Harold B. Murphy, Trustee<br>Murphy & King, P.C.<br>One Beacon Street<br>Boston, MA 02108-3107<br>*Via ECF* |
| Michael Fencer, Esq.<br>Jager, Smith, PC<br>One Financial Center, 4th Fl<br>Boston, MA  02111<br>*Counsel to the Petitioning Creditors-VIA ECF* | Laura D. Sannicandro, Esq.<br>Orlans Moran<br>PO Box 540540<br>Waltham, MA  02454<br>*Counsel to HSBC-VIA ECF* |

Jordan L. Shapiro, Esq.
Shapiro & Hender
PO Box 392
Malden, MA 02148
*Counsel to Winchester SB-VIA ECF*

Dated:  August 14, 2014     /S/    David M. Nickless
David M. Nickless