

08/29/2014 No objections filed. Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| STEVEN C. FUSTOLO, ) | Case No. 13-12692-JNF |
| ) | |
| Debtor. ) | |

**MOTION TO APPROVE STIPULATION BY DEBTOR AND CHAPTER 7 TRUSTEE REGARDING DEBTOR'S MOTION TO COMPEL ABANDONMENT**

Harold B. Murphy (the "Trustee") the duly-appointed Chapter 7 trustee of the bankruptcy estate (the "Estate") of Steven C. Fustolo (the "Debtor") respectfully requests that the Court to enter an order approving the *Stipulation by Debtor and Chapter 7 Trustee Regarding Debtor's Motion to Compel Abandonment* (the "Stipulation") filed concurrently with this motion. The Stipulation will resolve any asserted postpetition claims with respect to the Condos, as defined below, and facilitate the Trustee's abandonment of the Condos that the Trustee has determined lack equity for the Estate. In further support of this motion, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper in this District pursuant to 28 U.S.C. § 1408.

### BACKGROUND

2. On May 6, 2013 (the "Petition Date"), 50 Thomas Patton Drive, LLC, The Patriot Group, LLC and Richard Mayer commenced a bankruptcy proceeding by filing an involuntary petition against the Debtor for relief under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code").

1