UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Chapter 7
Case No. 13-12692
Steven C. Fustolo Honorable Joan N. Feeney

Debtor
______________________________/

**MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure, for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 115 Salem Street Apt 15, Boston, MA 02113.

In support of its motion, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust states the following:

1. On April 15, 2008, Steven C. Fustolo, executed a note to Countrywide Bank, FSB in the original principal amount of $220,500.00 (the “Note”). The Note was subsequently endorsed in blank and transferred over to Movant (assignee).

2. The Note is secured by a mortgage to Mortgage Electronic Registration Systems, Inc., dated April 15, 2008 and recorded with the Suffolk County Registry of Deeds at Book 43404, on Page 230 (the “Mortgage”). The Mortgage was subsequently assigned to Bank of America, N.A., Successor By Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP by assignment of Mortgage dated December 14, 2011 and recorded with Suffolk County Registry of Deeds at Book 48833, Page 278 and subsequently assigned to US Bank Trust, NA, as trustee for LSF9 Master Participation Trust by assignment of Mortgage dated January 8, 2015 and

recorded with Suffolk County Registry of Deeds at Book 53990, Page 99. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 115 Salem Street Apt 15, Boston, MA 02113 (the "Property").

3. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is the current holder of the Mortgage.

4. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is the current holder of the Note.

5. Caliber Home Loans, Inc. is the servicing agent for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust.

6. On May 6, 2013, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

7. The Note and the Mortgage are in default for the January 1, 2014 payment and all subsequent payments, plus reasonable attorney's fees and costs and other charges incurred.

8. According to Debtor's Statement of Intention, the Property will be surrendered.

9. There is no other collateral securing the obligation.

10. According to Schedule C, the Debtor is not claiming an exemption in the Property.

11. According to Schedule D, the fair market value of the Property is $420,000.00. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust estimates that the liquidation value of the Property is no greater than $394,800.00, which is the market value minus 6% for the cost of sale.

12. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is not aware of any other liens on the Property and Schedule D does not list any other liens.

13. To the knowledge and belief of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, there is no declaration of homestead recorded against the Property.

14. As of March 2, 2015, the total outstanding balance owed on the Note is $264,486.21.

15. The estimated amount of encumbrances on the Property is $264,486.21.

16. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

WHEREFORE, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust moves that the court enter an order granting U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

U.S. Bank Trust, N.A., as Trustee for LSF9
Master Participation Trust
By its attorneys,

Date: March 17, 2015

/s/ Jordan Wilcox
Jordan Wilcox, Esq. 684598
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcy@orlansmoran.com
File Number: 14-018014