UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>Steven C. Fustolo<br>Debtor | Chapter 7<br>Case No. 13-12692<br>Honorable Joan N. Feeney |

______________________________________/

**ORDER RE: MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 115 Salem Street Apt 15, Boston, MA 02113, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust for Relief From Stay is allowed and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Suffolk County Registry of Deeds at Book 43404, on Page 230 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At ________________ this _____ day of ___________________, 2015.

_________________________________
Honorable Joan N. Feeney
U.S. BANKRUPTCY JUDGE