2011 00108844
Bk: 48833 Pg: 278 Doc: AST
Page: 1 of 1 12/21/2011 07:34 AM

**Attested hereto**
Francis M. Roache
**Register of Deeds**

[redacted]

This space for Recorder's use

Recording Requested By:
**Bank of America**
Prepared By:
**Diana DeAvila**
**888-603-9011**
**450 E. Boundary St.**
**Chapin, SC 29036**

When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

Property Address:
**115 Salem St Unit 15**
**Boston, MA 02113-1744**
Property Location:
**City of BOSTON**

[redacted]

MIN #: [redacted] MERS Phone #: [redacted]

# ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **13150 WORLD GATE, HERNDON, VA 20170** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **COUNTRYWIDE BANK, FSB** |
| Original Borrower(s): | **STEVEN C FUSTOLO** |
| Date of Mortgage: | **4/15/2008** |
| Original Loan Amount: | **$220,500.00** |

Recorded in **Suffolk County,M A** on: **4/16/2008**, book **43404**, page **267** and instrument number **2008 00038005**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 12/14/11

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

By: ______________________
Swarupa Slee Vice President

State of **California**
County of **Ventura**

On DEC 14 2011 before me, **Y. Jody Yvonne Cabrera, Notary Public**, Notary Public, personally appeared Swarupa Slee, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Y. JODY YVONNE CABRERA
Commission # 1808077
Notary Public - California
Ventura County
My Comm. Expires Aug 1, 2012

Notary Public: Y.Jody Yvonne Cabrera **(Seal)**
My Commission Expires: 8-1-12

[redacted]