2015 00006347
Bk: 53990 Pg: 99 Page: 1 of 2
Recorded: 01/26/2015 01:42 PM
ATTEST:Francis M. Roache, Register
Suffolk County Registry of Deeds

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134

Prepared By: **Julia Jackson** [redacted]

[redacted]

Parcel ID:: **0302370072**

Space Above This Line For Recorder's Use

# ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS, SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **13150 WORLD GATE HERNDON, VA 20170**, hereby grants, assigns and transfers to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134** all beneficial interest under that certain mortgage/Deed of Trust/Security Deed dated **04/15/2008** executed by **STEVEN C FUSTOLO** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS** in the amount of **$220,500.00** and recorded on **4/16/2008** as Instrument # **2008 00037999**, in Book/Volume or Liber No. **43404** , Page/folio **230** of Official Records in the County Recorder's office of **SUFFOLK** County, MA, describing land herein as: **'SEE ATTACHED 'EXHIBIT A'**

Property Address: **115 SALEM ST APT 15, BOSTON MA 02113-1744**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said mortgage/Deed of Trust/Security Deed.

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS, SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT**

Witness #1 **Terri Acierno**

Witness #2 Lydia Rodriguez

By: Jason Origer
Title: Ass't Vice President
Date: ____________

County of San Diego )
State of California )

A notary public or other officer completing this certificate verifies only the indentity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On January 8, 2015 before me, Angelika G. Garrow Notary Public, personally appeared, Jason Origer, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand official seal,

Notary Name: Angelika G. Garrow

My Commission Expires: 7-12-17

ANGELIKA G. GARROW
Commission # 2033089
Notary Public - California
San Diego County
My Comm. Expires Jul 12, 2017

EXHIBIT A

**Unit No. 15 of 115 Salem Street Condominium (the "Condominium"), located at 115 Salem Street, Boston, Massachusetts, created pursuant to and subject to the provisions of Chapter 183A, of the General Laws of Massachusetts, by Master Deed dated April 1, 2004 and recorded with Suffolk County Registry of Deeds on April 14, 2004 in Book 34247, Page 253, as amended (hereinafter referred to as "Master Deed").**

**The Unit is shown on Floor Plans of the Building referenced in and/or recorded with the Master Deed to which are affixed the verified statement of a registered architect, registered professional engineer or registered land surveyor.**

**The Unit is conveyed together with the undivided percentage interest of 3.98% in the Condominium Common Areas and Facilities as defined and described in the Master Deed and the exclusive right to use those Common Areas and Facilities, the Limited Common Areas and the Exclusive Use Areas appurtenant to the Units as set forth in the Master Deed.**

**The Unit is subject to and have the benefit of all rights, easements, agreements, interest and provisions contained in the Master Deed and the Condominium Trust and By-Laws recorded therewith, as any of the same may be amended from time to time pursuant to the provisions thereof, as well as the provisions of Chapter 183A of the Massachusetts General Laws as the same may be amended from time to time.**

For grantor's title see deed dated 12/31/07 and recorded with the Suffolk County Registry of Deeds in Book 42920, Page 260.