UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:
Steven C. Fustolo
Debtor
_______________________________________/

Chapter 7
Case No. 13-12692
Honorable Joan N. Feeney

**CERTIFICATE OF SERVICE**

I, Jordan Wilcox of Orlans Moran PLLC, do hereby certify that on March 17, 2015, I caused to be served a copy of the Motion for Relief on the service list below by having a copy of same mailed by first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this March 17, 2015

/s/ Jordan Wilcox
Jordan Wilcox, Esq. 684598
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email:
bankruptcy@orlansmoran.com
File Number: 14-018014

VIA U.S. MAIL
Steven C. Fustolo
115 Salem Street Apt 15
Boston, MA 02113

Steven C. Fustolo
100 Church St
Winchester, MA 01890

Murphy & King, P.C.
One Beacon Street
21st Floor
Boston, MA 02108

Jager Smith P.C.
One Financial Center
Boston, MA 02111

Internal Revenue Service
Special Proc. Staff 20800

PO Box 9112
Boston, MA 02203

MA Department of Revenue
Bankruptcy Unit
PO box 9564
Boston, MA 02114

Boston City Hall
One City Hall Square
Boston, MA 02201

VIA ECF
David M. Nickless on behalf of Debtor
John Fitzgerald, U.S. Trustee
Harold B Murphy, Chapter 7 Trustee
Jonathan Horne on behalf of 50 Thomas Patton Drive LLC
Bruce F. Smith on behalf of 50 Thomas Patton Drive LLC
Sarah B. Gullon on behalf of Bank of America, N.A.
Marcus Pratt on behalf of Bank of America, N.A
Christopher J. Panos on behalf of Costanzo Fustolo
Christopher J. Panos on behalf of Elisa Fustolo
Michael J. Fencer on behalf of Richard Mayer
Jonathan Horne on behalf of Richard Mayer
Bruce F. Smith on behalf of Richard Mayer
Michael K. O'Neil on behalf of Harold B. Murphy
Christopher J. Panos on behalf of Steven E. Robinson
Michael J. Fencer on behalf of The Patriot Group, LLC
Jonathan Horne on behalf of The Patriot Group, LLC
Bruce F. Smith on behalf of The Patriot Group, LLC
Jordan L. Shapiro on behalf of Winchester Savings Bank
Michael J. Fencer on behalf of 50 Thomas Patton Drive LLC
Dan Rabinovitz on behalf of Bruce W. Edmonds
Michael J. Fencer on behalf of Harold B. Murphy
John F. Farraher on behalf of The Patriot Group, LLC