# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE STEVEN C. FUSTOLO,<br><br>Debtor, | Chapter 7<br><br>Case No. 13-12692-JNF |

## ORDER

This matter came before the Court on September 18, 2018 for a hearing on *Plaintiff The Patriot Group, LLC's Motion for Clarification Regarding the Bankruptcy Stay* (Doc. 378). After a hearing thereon, the Court hereby (1) clarifies and rules that the pending Middlesex Superior Court action captioned *The Patriot Group, LLC v. Steven C. Fustolo*, C.A. No. 1081-cv-00529 (the "Contempt Action"), is stayed pending further order of this Court; and (2) denies Plaintiff's alternative request for relief from stay without prejudice to Plaintiff seeking relief from the stay to proceed with the Contempt Action in the event the Plaintiff obtains a favorable judgment in *The Patriot Group, LLC v. Steven C. Fustolo*, Adv. Pro. No. 14-1193.

By the Court,

Dated: September 27, 2018

Joan N. Freeney
United States Bankruptcy Judge