UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Steven C. Fustolo,<br>Debtor | |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2,<br><br>VS.<br><br>Steven C. Fustolo | CHAPTER 7<br>CASE NO. 13-12692-JEB |

## MOTION FOR RELIEF FROM STAY

To the Honorable Janet E. Bostwick:

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

1.   The movant has a mailing address of c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250.

2.   The debtor has a mailing address of 110 Church Street, Winchester, MA 01890.

3.   On May 6, 2013, the debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4.   The movant is the holder of a mortgage on real estate in the original amount of $283,500.00 given by Steven C. Fustolo to Mortgage Electronic Registration Systems, Inc., as nominee for Union Capital Mortgage Business Trust on or about January 10, 2008. Said mortgage is recorded in the Suffolk County Registry of Deeds at Book 42960, Page 158 as modified by a certain modification agreement recorded with said Suffolk



County Registry of Deeds at Book 58629, Page 115 and covering the premises located at <u>115 Salem Street, Unit # 13, Boston, MA 02113.</u>

5. Said mortgage secures a note given by Steven C. Fustolo to Union Capital Mortgage Business Trust in the original amount of $283,500.00.

6. There is an assignment of rents provision further securing the obligation.

7. Said mortgage was subject to the following assignments:

- Mortgage Electronic Registration Systems, Inc. as nominee for Union Capital Mortgage Business Trust to HSBC Bank USA, N.A., recorded on December 7, 2011, in Book No. 48758, at Page 267
- Mortgage Electronic Registration Systems, Inc. as nominee for Union Capital Mortgage Business Trust, its successors and assigns to HSBC Bank USA, N.A., recorded on August 3, 2012, in Book No. 49938, at Page 194
- HSBC Bank USA, N.A. to Nationstar Mortgage LLC, recorded on January 31, 2017, in Book No. 57499, at Page 24
- Nationstar Mortgage LLC to Select Portfolio Servicing, Inc., recorded on December 3, 2018, in Book No. 60478, at Page 265
- Select Portfolio Servicing, Inc. to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2, recorded on August 25, 2021, in Book No. 66153, at Page 201

A copy of said mortgage, note, assignments, and any loan modification agreements have been attached hereto as **Exhibit A.**

8. There is no Declaration of Homestead recorded.

9. On August 1, 2014, the Chapter 7 Trustee filed a Notice of Intent to Abandon the subject property.

10. As of October 18, 2022, approximately $482,306.18 in principal, interest, late fees and other charges was due with regard to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2's note and mortgage.

11. According to the debtor's Statement of Intention, the subject property is being surrendered.

12. There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
| --- | --- | --- |

| | | |
|---|---|---|
| Movant | Mortgage | $482,306.18 |
| Jodi DiLorenzo | Mortgage | $498,000.00 |
| Steven E. Robinson | Mortgage | Unknown |
| The Patriot Group, LLC | Judgment Lien | $42,997,414.09 |
| **Total Secured Encumbrances:** | | $43,977,720.27 |

13. According to the debtor's schedule A, the fair market value of the subject property is $300,000.00. The liquidation value of the subject property is $280,132.00, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $1,368.00 and anticipated costs incurred for a real estate closing of $500.00.

14. The note and mortgage are in default for the November 1, 2020 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

15. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I. Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

    II. Pursuant to 11 U.S.C. §362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any

deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

        Respectfully submitted,
        Federal Home Loan Mortgage Corporation, as Trustee
        for the benefit of the Freddie Mac Seasoned Credit
        Risk Transfer Trust, Series 2019-2,
        By its Attorney
        /s/ Joseph Dolben_____
        Joseph Dolben
        BBO# 673113
        Harmon Law Offices, P.C.
        PO Box 610389
        Newton Highlands, MA 02461
        (617)558-0500
        mabk@harmonlaw.com

Dated: October 26, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Steven C. Fustolo,<br>Debtor | Case No. 13-12692-JEB<br>Chapter 7 |

CERTIFICATE OF SERVICE

      I, Joseph Dolben, state that on October 26, 2022, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

David Nickless
William R. Moorman, Jr.
Harold B. Murphy
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Steven C. Fustolo
100 Church Street
Winchester, MA 01890

Jodi DiLorenzo
484 Revere Beach Blvd
Revere, MA 02151

Jodi DiLorenzo
1037 Winthrop Avenue, Apt. 2
Revere, MA 02151

Steven E. Robinson
87 Terrace Hall Ave
Burlington, MA 01803

The Patriot Group, LLC
1120 POST RD
DARIEN, CT 06820

5

115 Salem Street Condominium Association
115 Salem Street
Boston, MA 02113

Jeffrey S. Maron, Agent of the 115 Salem Street Condominium Trust
J.S. Maron Management
147 Rangeway Rd
North Billerica, MA 01862

Boston City Hall
1 City Hall Square
Boston, MA 02201

    Respectfully submitted,
    Federal Home Loan Mortgage Corporation, as Trustee
    for the benefit of the Freddie Mac Seasoned Credit
    Risk Transfer Trust, Series 2019-2,
    By its Attorney
    /s/ Joseph Dolben_____
    Joseph Dolben
    BBO# 673113
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: October 26, 2022