UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Steven C. Fustolo,<br>Debtor | Case No. 13-12692-JEB<br>Chapter 7 |

**Order Granting Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 Relief From The Automatic Stay and Leave to Foreclose Mortgage**

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to the mortgage given by Steven C. Fustolo to Mortgage Electronic Registration Systems, Inc., as nominee for Union Capital Mortgage Business Trust dated January 10, 2008. Said mortgage is recorded in the Suffolk County Registry of Deeds at Book 42960, Page 158 as modified by a certain modification agreement recorded with said Suffolk County Registry of Deeds at Book 58629, Page 115 and covering the premises located at <u>115 Salem Street, Unit # 13, Boston, MA 02113.</u>  Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

_____
Honorable Janet E. Bostwick
United States Bankruptcy Judge

13-12692-JEB



1