**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-12692 |
| Steven C. Fustolo } | |
| } | Chapter 7 |
| **Debtor** } | |

**DEBTOR'S EXPEDITED MOTION TO EXTEND TIME FOR THE RESPONSE AND THE HEARING ON CREDITOR'S MOTION FOR RELIEF FROM STAY**

   **NOW COMES** the Debtor, Steven C. Fustolo, in the above captioned matter who hereby requests that this court extend the time for the response deadline and the scheduled hearing on Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2's (the "Creditor") Motion for Relief from Stay ("MFR").  The Debtor requests an additional sixty days to respond to the MFR and that the hearing be scheduled at a time convenient to this court subsequent to the Debtor's response to the MFR.  In support of this motion, the Debtor states the following:

1. On May 6, 2013 the Debtor filed a Chapter 7 bankruptcy petition.

2. On October 26, 2022 the Creditor filed the MFR seeking relief to foreclose on property located at 115 Salem Street, Unit # 13, Boston, MA 02113 (the "Property").

3. The Debtor is required to file a response to the MFR by November 9, 2022.

4. The Debtor retained the undersigned counsel on November 3, 2022.

5. The Debtor's case was filed in 2013, approximately nine and a half years ago.  The docket is voluminous.  Counsel for the Debtor needs to sift through a significant amount of material, and also has to collect more information before the filing of a response.

6. The Debtor is in the process of gathering documents relevant to the Property and the Creditor's loan.  This information is essential to provide a constructive response to the MFR.  The Debtor requires additional time to provide said documents to counsel, as this may include, for instance, contacting banks for records of payments.

7. Consequently, the Debtor deserves to have additional time to respond, since the outcome would dramatically effect him.

8. Counsel for the Debtor requests an additional sixty days in order to review the docket, review any documents from the Debtor, meet with the Debtor, and draft and file the response.

**WHEREFORE,** The Debtor requests the deadline to respond to the MFR be extended by sixty days, to January 9, 2023, and that the hearing be scheduled subsequent to the filing of the response.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| November 4, 2022 | /s/ Lane N. Goldberg |
|  | Lane N. Goldberg, BBO#673045 |
|  | Goldberg Law |
|  | 140 Wood Road, Suite 400 |
|  | Braintree, MA 02184 |
|  | Tel: 617-328-0006 |
|  | Fax: 617-328-0007 |
|  | lane@goldberglawma.com |

Certificate of Service

I, Lane N. Goldberg, hereby certify that on November 4, 2022 a true copy of **DEBTOR'S MOTION TO EXTEND TIME** was presented to the parties listed below via this court's ECF system and first-class mail where indicated.

|  |  |
|---|---|
|  | /s/ Lane N. Goldberg |
| November 4, 2022 | Lane N. Goldberg |

VIA US MAIL

| Jodi DiLorenzo<br>484 Revere Beach Blvd<br>Revere, MA 02151 | Jodi DiLorenzo<br>1037 Winthrop Ave, Apt. 2<br>Revere, MA 02151 | Steven E. Robinson<br>87 Terrace Hall Ave<br>Burlington, MA 01803 |
|---|---|---|
| The Patriot Group, LLC<br>1120 POST RD<br>DARIEN, CT 06820 | 115 Salem Street<br>Condominium Association<br>115 Salem Street<br>Boston, MA 02113 | Jeffrey S. Maron,<br>J.S. Maron Management<br>147 Rangeway Rd<br>North Billerica, MA 01862 |
| Boston City Hall<br>1 City Hall Square<br>Boston, MA 02201 |  |  |

VIA ECF

| Joseph Dolben, Esq. | David Nickless, Esq. | William R. Moorman, Jr. |
|---|---|---|
| Harold B. Murphy, Esq. | John Fitzgerald |  |

2